IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| SEADRILL PARTNERS LLC, *et al.*,[1] | ) Case No. 20-35740 (DRJ) |
| Debtors. | ) (Joint Administration Requested) |

**NOTICE OF DESIGNATION AS COMPLEX CHAPTER 11 BANKRUPTCY CASE**

On December 1, 2020 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Southern District of Texas. The undersigned proposed counsel believes that these chapter 11 cases qualify as complex chapter 11 cases because:

__X__    The Debtors have total debt of more than $10 million;

__X__    There are more than 50 parties in interest in this case;

__X__    Claims against the Debtors are publicly traded;

_____ Other (Substantial explanation is required.  Attach additional sheets if necessary.)

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/seadrillpartners. The location of Debtor Seadrill Partners LLC's principal place of business and the Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

KE 67689411

WHEREFORE, the Debtors respectfully request that the Court enter the Order granting the relief requested herein and granting such other and further relief as is appropriate under the circumstances.

Houston, Texas
December 2, 2020

Respectfully Submitted,

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| J. Machir Stull (TX Bar No. 24070697) | Brian Schartz, P.C. (TX Bar No. 24099361) |
| Genevieve Graham (TX Bar No. 24085340) | 609 Main Street |
| Veronica A. Polnick (TX Bar No. 24079148) | Houston, Texas 77002 |
| 1401 McKinney Street, Suite 1900 | Telephone: (713) 836-3600 |
| Houston, Texas 77010 | Facsimile: (713) 836-3601 |
| Telephone: (713) 752-4200 | Email: brian.schartz@kirkland.com |
| Facsimile: (713) 752-4221 | |
| Email: mcavenaugh@jw.com | -and- |
| mstull@jw.com | |
| ggraham@jw.com | Anup Sathy, P.C. (*pro hac vice* admission pending) |
| vpolnick@jw.com | Chad J. Husnick, P.C. (*pro hac vice* admission pending) |
| | Gregory F. Pesce (*pro hac vice* admission pending) |
| *Proposed Co-Counsel for the Debtors* | 300 North LaSalle Street |
| *and Debtors in Possession* | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | chad.husnick@kirkland.com |
| | gregory.pesce@kirkland.com |
| | |
| | *Proposed Co-Counsel for the Debtors* |
| | *and Debtors in Possession* |
| | |
| | -and- |
| | |
| | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| | Justin R. Bernbrock, Esq. (*pro hac vice* admission pending) |
| | Robert B. McLellarn, Esq. (*pro hac vice* admission pending) |
| | Three First National Plaza |
| | 70 West Madison Street, 48th Floor |
| | Chicago, IL 60602 |
| | Telephone: (312) 499-6321 |
| | Facsimile: (312) 499-4741 |
| | Email: jbernbrock@sheppardmullin.com |
| | rmclellarn@sheppardmullin.com |

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Lawrence A. Larose, Esq. (*pro hac vice* admission pending)
30 Rockefeller Plaza
New York, New York 10122
Telephone:      (212) 896-0627
Facsimile:      (917) 438-6197
Email:          llarose@sheppardmullin.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Jennifer L. Nassiri, Esq.  (*pro hac vice* admission pending)
333 South Hope Street, 43rd Floor
Los Angeles, California 90071
Telephone:      (213) 617-4106
Facsimile:      (213) 443-2739
Email:          jnassiri@sheppardmullin.com

*Proposed Conflicts Counsel  for the Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

      I certify that on December 2, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                                 */s/ Matthew D. Cavenaugh*
                                                 Matthew D. Cavenaugh