UNITED STATES BANKRUPTCY COURT          SOUTHERN DISTRICT OF TEXAS

MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*

| Division | Houston | Main Case Number | 20-35740 |
|---|---|---|---|
| Debtor | In Re: | Seadrill Partners LLC | |

This lawyer, who is admitted to the State Bar of __New York__:

| | |
|---|---|
| Name | Nelly Almeida |
| Firm | Milbank LLP |
| Street | 55 Hudson Yards |
| City & Zip Code | New York, NY 10001 |
| Telephone | 212-530-5271 |
| Licensed: State & Number | NY: 5002894 |

Seeks to appear as the attorney for this party:

| Ad Hoc Committee of Term Loan B Lenders |
|---|
| Dated: 2/2/2021    Signed: /s/ Nelly Almeida |

COURT USE ONLY: The applicant's state bar reports their status as: _____.

Dated:                Signed: _____
                              Deputy Clerk

Order

This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                    United States Bankruptcy Judge