# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| SEADRILL PARTNERS LLC, *et al.*,[1] ) | Case No. 20-35740 (DRJ) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF HEARING ON CASH COLLATERAL MOTION

**PLEASE TAKE NOTICE** that on December 4, 2020, the Debtors filed their *Emergency Motion for Entry of Interim and Final Orders (I) Authorizing Postpetition Use of Cash and Cash Collateral, (II) Granting Adequate Protection to the TLB Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 52] (the "Cash Collateral Motion").

**PLEASE TAKE FURTHER NOTICE** that on December 4, 2020, the Court entered the *Interim Order (I) Authorizing Postpetition Use of Cash and Cash Collateral, (II) Granting Adequate Protection to the TLB Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* [Docket No. 77] (the "Interim Cash Collateral Order")

**PLEASE TAKE FURTHER NOTICE** that an interim hearing regarding the Cash Collateral Motion has been scheduled for **February 12, 2021, at 9:00 a.m. (prevailing Central Time),** before David R. Jones, the United States Chief Bankruptcy Judge for the Southern District of Texas, Courtroom 400 at 515 Rusk, Houston, TX 77002.

**Electronic Appearances**

Please note that on March 24, 2020, through the entry of General Order 2020-10, the Court invoked the Protocol for Emergency Public Health or Safety Conditions. The Order may be found at: https://www.txs.uscourts.gov/sites/txs/files/Bankruptcy%20General%20Order%202020-04%20Adoption%20of%20Contingency%20Plan_0.pdf.

Therefore, all persons will appear telephonically and also may appear via video at this hearing using the Court's electronic conference systems.

The Court will simultaneously use two technology methods to conduct electronic hearings. One method will provide audio communication. The other will provide video access to exhibits

---

[1] A complete list of each of the Debtors (collectively, the "Debtors")in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/seadrillpartners. The location of Debtor Seadrill Partners LLC's principal place of business and the Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

and materials presented to the Court. If a party wants to both view the documents presented to the Court and hear the proceeding, the party must 1) dial in through the audio system, and 2) log into the Court's video via GoToMeeting application.

Hearing appearances should be made electronically and in advance of the hearing. You may make your electronic appearance by:

1) Going to the Southern District of Texas website;
2) Selecting "Bankruptcy Court" from the top menu;
3) Selecting "Judges' Procedures and Schedules";
4) Selecting "View Home Page" for Judge David R. Jones;
5) Under "Electronic Appearance" select "Click here to submit electronic appearance;"
6) Select Seadrill Partners LLC, *et al*. from the list of electronic appearance links, and
7) After selecting Seadrill Partners LLC, *et al*. from the list, complete the required fields and hit the "Submit" button at the bottom of the page.

Submitting your appearance electronically in advance of the hearing will negate the <u>need</u> to make an appearance on the record at the hearing.

**<u>Audio Communication</u>**

Audio communication will conducted by use of the Court's regular dial-in number: +1 (**832) 917-1510.** At the start of the call, the caller will be asked to enter a six-digit conference code. The six-digit conference code for this hearing is Judge Jones conference room number: **205691**. Each caller shall be responsible for its own long-distance charges.

Parties are encouraged to review the Court's procedures for telephonic appearances located at https://www.txs.uscourts.gov/sites/txs/files/Court%20Procedures%20-%202-1-2020.pdf.

Attorneys, witnesses, and parties-in-interest wishing to participate in the hearing must connect to each hearing by audio communication. Any person who wishes to attend the hearing may also dial in to the audio conference dial-in number.

Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

**<u>Video Communication:</u>**

Parties may participate in electronic hearings by use of an internet connection. You may view video via GoToMeeting. To use GoToMeeting, the Court recommends that you download the free GoToMeeting application. To connect, you should enter the meeting code "JudgeJones" in the GoToMeeting app or click the link on Judge Jones's home page on the Southern District of Texas website. Once connected, click the settings icon in the upper right corner and enter your name under the personal information setting.

If any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2.

Witnesses presented by the Debtor will appear via audio and video connection. Any person wishing to examine the witness will be permitted to do so during the hearing.

All documents filed in these chapter 11 cases are available free of charge by visiting https://cases.primeclerk.com/seadrillpartners/, or by calling (877) 329-1894 (US/Canada Toll Free), (347) 919-5756 (International), or by email at seadrillpartnersinfo@primeclerk.com. Copies of any pleadings may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Houston, Texas
February 9, 2021

Respectfully Submitted,

*/s/ Matthew D. Cavenaugh*
<div style="display:flex">

**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
J. Machir Stull (TX Bar No. 24070697)
Genevieve Graham (TX Bar No. 24085340)
Veronica A. Polnick (TX Bar No. 24079148)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:     (713) 752-4200
Facsimile:      (713) 752-4221
Email:            mcavenaugh@jw.com
                     mstull@jw.com
                     ggraham@jw.com
                     vpolnick@jw.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

</div>

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
609 Main Street
Houston, Texas 77002
Telephone:     (713) 836-3600
Facsimile:      (713) 836-3601
Email:            brian.schartz@kirkland.com

-and-

Anup Sathy, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Gregory F. Pesce (admitted *pro hac vice*)
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            anup.sathy@kirkland.com
                     chad.husnick@kirkland.com
                     gregory.pesce@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Justin R. Bernbrock, Esq. (admitted *pro hac vice*)
Robert B. McLellarn, Esq. (admitted *pro hac vice*)
Three First National Plaza
70 West Madison Street, 48th Floor
Chicago, IL 60602
Telephone:     (312) 499-6321
Facsimile:      (312) 499-4741
Email:            jbernbrock@sheppardmullin.com
                     rmclellarn@sheppardmullin.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Lawrence A. Larose, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10122
Telephone:     (212) 896-0627

-5-

Facsimile: (917) 438-6197
Email: llarose@sheppardmullin.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Jennifer L. Nassiri, Esq. (admitted *pro hac vice*)
333 South Hope Street, 43rd Floor
Los Angeles, California 90071
Telephone: (213) 617-4106
Facsimile: (213) 443-2739
Email: jnassiri@sheppardmullin.com

*Conflicts Counsel for the Debtors*
*and Debtors in Possession*

## Certificate of Service

I certify that on February 9, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh