IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SEADRILL PARTNERS, LLC, *et al.*,[1] | § | Case No. 20-35740 (DRJ) |
| | § | |
| Debtors. | § | (Jointly Administered) |
| | § | |
| | § | Hearing Date:     March 11, 2021 |
| | § | Hearing Time:     3:00 p.m. (CT) |
| | § | Hearing Location: Electronic (Audio & Video) |
| | § | Judge Presiding:  David R. Jones |

### THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS' COMBINED WITNESS AND EXHIBIT LIST

The Official Committee of Unsecured Creditors (the "***Committee***") submits the following combined Witness and Exhibit List for the hearing scheduled on March 11, 2021 at 3:00 p.m. (CT), before the Honorable David R. Jones, Chief United States Bankruptcy Judge. Such hearing will be held electronically.

### WITNESS LIST

1.  Chris Kearns, Berkley Research Group;

2.  Scott Baxter, Berkley Research Group;

3.  Any witness designated or called by any party; and

4.  Any witness required for rebuttal.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/seadrillpartners/Home-Index. The location of Debtor Seadrill Partners LLC's principal place of business and the Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

1

91455635v.1

**EXHIBIT LIST**

| Exhibit No. | Description | Offered | Objection | Admitted | Disposition After Hearing |
|---|---|---|---|---|---|
| | Any pleadings or exhibits previously filed on the Court's docket. | | | | |
| | Any demonstrative exhibits necessary for the Hearing. | | | | |
| | Any exhibit identified or offered by any other party. | | | | |
| | Any exhibit necessary for impeachment and/or rebuttal purposes. | | | | |

The Committee reserves the right to modify, amend, or supplement this Witness and Exhibit List at its discretion at any time prior to hearing in this matter.

*[THE REMINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]*

91455635v.1

Respectfully submitted,

*/s/ Simon R. Mayer*
Philip G. Eisenberg (Texas Bar No. 24033923)
Elizabeth M. Guffy (Texas Bar No. 8592525)
Simon R. Mayer (Texas Bar No. 24060243)
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone: (713) 226-1200
Fax: (713) 223-3717
peisenberg@lockelord.com
eguffy@lockelord.com
simon.mayer@lockelord.com

Omer F. Kuebel, III (Federal Bar No. 32595)
Bradley C. Knapp (Texas Bar No. 24060101)
LOCKE LORD LLP
601 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 558-5155
Facsimile: (504) 558-5200
rkuebel@lockelord.com
bknapp@lockelord.com

**PROPOSED COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

### CERTIFICATE OF SERVICE

      I certify that, on March 9, 2021, a true and correct copy of the foregoing Witness and Exhibit List and the associated exhibits was served on all parties who receive service in the above-captioned adversary proceeding via the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      */s/ Simon R. Mayer*
      Simon R. Mayer