# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL PARTNERS LLC, *et al.*,[1] | ) Case No. 20-35740 (DRJ) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF RESET TIME OF STATUS CONFERENCE

**PLEASE TAKE NOTICE THAT** the status conference previously scheduled for March 26, 2021 at 1:00 p.m., prevailing Central Time, on has been reset to **March 26, 2021 at 11:15 a.m. (prevailing Central Time), before the Honorable David R. Jones, the United States Chief Bankruptcy Judge for the Southern District of Texas, Courtroom 400 at 515 Rusk, Houston, TX 77002**.

### Electronic Hearing Procedures

**PLEASE TAKE FURTHER NOTICE** that on March 24, 2020, through the entry of General Order 2020-10, the Court invoked the Protocol for Emergency Public Health or Safety Conditions. The Order may be found at: https://www.txs.uscourts.gov/bankruptcy/genord.

The Court will simultaneously use two technology methods to conduct electronic hearings. One method will provide audio communication. The other will provide video access to exhibits and materials presented to the Court. If a party wants to both view the documents presented to the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/seadrillpartners. The location of Debtor Seadrill Partners LLC's principal place of business and the Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

Court and hear the proceeding, the party must 1) dial in through the audio system, and 2) log into the Court's video via join.me.

## Audio Communication

**PLEASE TAKE FURTHER NOTICE** that audio communication will be conducted by use of the Court's regular dial-in number: **832-917-1510.** At the start of the call, the caller will be asked to enter a six-digit conference code. The six-digit conference code for this hearing is Judge Jones' conference room number: **205691**. Each caller shall be responsible for its own long-distance charges.

Parties are encouraged to review the Court's procedures for telephonic appearances located at https://www.txs.uscourts.gov/page/bankruptcy-judges-procedures-schedules.

Attorneys, witnesses, and parties-in-interest wishing to participate in the hearing must connect to each hearing by audio communication. Any person who wishes to attend the hearing may also dial in to the audio conference dial-in number.

Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

## Video Communication

**PLEASE TAKE FURTHER NOTICE** that the Debtors may offer evidence and demonstrative exhibits from a remote location. Parties may participate in electronic hearings by use of an internet connection. The internet site is www.join.me. A join.me application is available for download to computers. Persons connecting by mobile device will need to download the free join.me application.

Once connected to join.me, a participant must select "Join a Meeting." The code for joining this hearing before Judge Jones is "JudgeJones". In the next screen, participants should enter their name in the lower left-hand corner. Then, click "Notify" to join the conference.

Any exhibit offered by the Debtors will be filed on the Court's docket. Any party may also obtain an electronic copy of the exhibits by request to counsel to the Debtors. If any party wishes to offer exhibits, it is recommended that these exhibits be filed on CM/ECF. Each exhibit should be filed as a separate attachment to an Exhibit List in compliance with BLR 9013-2.

Witnesses presented by the Debtors will appear via audio and video connection. Any person wishing to examine the witness will be permitted to do so during the hearing.

### Electronic Appearances

Hearing appearances should be made electronically and in advance of the hearing. You may make your electronic appearance by:

1. Going to the Southern District of Texas website;
2. Selecting "Bankruptcy Court" from the top menu;
3. Selecting "Judges' Procedures & Schedules";
4. Selecting "View Home Page" for Chief Judge David R. Jones;
5. Under "Electronic Appearance" selecting "Click Here to Submit Electronic Appearance;"
6. Selecting Seadrill Partners LLC, et al. from the list of electronic appearance links; and
7. Completing the required fields and hit the "Submit" button at the bottom of the page.

Submitting your appearance electronically in advance of the hearing will negate the need to make an appearance on the record at the hearing.

**PLEASE TAKE FURTHER NOTICE** that all documents filed in these chapter 11 cases are available free of charge by visiting https://cases.primeclerk.com/seadrillpartners by calling 877-329-1894 (toll-free) or 347-919-5756 (international), or by email at seadrillpartnersinfo@primeclerk.com. Copies of any pleadings may be obtained by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

Houston, Texas
March 24, 2021

Respectfully Submitted,

*/s/ Matthew D. Cavenaugh*

| | |
|---|---|
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| J. Machir Stull (TX Bar No. 24070697) | Brian Schartz, P.C. (TX Bar No. 24099361) |
| Genevieve Graham (TX Bar No. 24085340) | 609 Main Street |
| Veronica A. Polnick (TX Bar No. 24079148) | Houston, Texas 77002 |
| 1401 McKinney Street, Suite 1900 | Telephone: (713) 836-3600 |
| Houston, Texas 77010 | Facsimile: (713) 836-3601 |
| Telephone: (713) 752-4200 | Email: brian.schartz@kirkland.com |
| Facsimile: (713) 752-4221 | |
| Email: mcavenaugh@jw.com | -and- |
| mstull@jw.com | |
| ggraham@jw.com | Anup Sathy, P.C. (admitted *pro hac vice*) |
| vpolnick@jw.com | Chad J. Husnick, P.C. (admitted *pro hac vice*) |
| | Gregory F. Pesce (admitted *pro hac vice*) |
| *Co-Counsel for the Debtors* | 300 North LaSalle Street |
| *and Debtors in Possession* | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | chad.husnick@kirkland.com |
| | gregory.pesce@kirkland.com |
| | |
| | *Co-Counsel for the Debtors* |
| | *and Debtors in Possession* |
| | |
| | -and- |
| | |
| | **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP** |
| | Justin R. Bernbrock, Esq. (admitted *pro hac vice*) |
| | Robert B. McLellarn, Esq. (admitted *pro hac vice*) |
| | Three First National Plaza |
| | 70 West Madison Street, 48th Floor |
| | Chicago, IL 60602 |
| | Telephone: (312) 499-6321 |
| | Facsimile: (312) 499-4741 |
| | Email: jbernbrock@sheppardmullin.com |
| | rmclellarn@sheppardmullin.com |

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Lawrence A. Larose, Esq. (admitted *pro hac vice*)
30 Rockefeller Plaza
New York, New York 10122
Telephone:   (212) 896-0627
Facsimile:    (917) 438-6197
Email:          llarose@sheppardmullin.com

-and-

**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
Jennifer L. Nassiri, Esq. (admitted *pro hac vice*)
333 South Hope Street, 43rd Floor
Los Angeles, California 90071
Telephone:   (213) 617-4106
Facsimile:    (213) 443-2739
Email:          jnassiri@sheppardmullin.com

*Conflicts Counsel for the Debtors
and Debtors in Possession*

**Certificate of Service**

   I certify that on March 24, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                       */s/ Matthew D. Cavenaugh*
                        Matthew D. Cavenaugh

28438792v.1 158360/00001