IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| SEADRILL PARTNERS LLC, *et al.*,[1] | ) ) | Case No. 20-35740 (DRJ) |
| Reorganized Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **RE: Docket No. 621** |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE FINAL FEE APPLICATION OF KPMG LLP**

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel for the above-captioned reorganized debtors (collectively, the "Debtors" or "Reorganized Debtors," as applicable) certifies as follows:[2]

1. On June 25, 2021, the Debtors filed the *Final Fee Application of KPMG LLP for Entry of an Order Granting Final Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred Providing Tax Provision and Consulting Services to the Debtors for the Period from December 1, 2020 through May 14, 2021 and Authorizing and Directing the Debtors to Pay Any and All Unpaid Fees* [Docket No. 621] (the "KPMG Final Fee Application").

2. The deadline for parties to file responses to the relief requested in the KPMG Final Fee Application was July 16, 2021 (the "Objection Deadline"). No objections were filed on the

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/seadrillpartners. The location of Reorganized Debtor Seadrill Partners LLC's principal place of business and the Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

[2] Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the *Fourth Amended Joint Chapter 11 Plan of Reorganization of Seadrill Partners LLC and Its Debtors Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 562].

docket on or before the Objection Deadline. Additionally, counsel for the Reorganized Debtors did not receive any informal objections or responses to the KPMG Final Fee Application.

3. The Reorganized Debtors request that the Court enter the attached proposed order at the earliest convenience of the Court.

Houston, Texas
August 2, 2021

Respectfully Submitted,

*/s/ Matthew D. Cavenaugh*

| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| J. Machir Stull (TX Bar No. 24070697) | Brian Schartz, P.C. (TX Bar No. 24099361) |
| Genevieve Graham (TX Bar No. 24085340) | 609 Main Street |
| Veronica A. Polnick (TX Bar No. 24079148) | Houston, Texas 77002 |
| 1401 McKinney Street, Suite 1900 | Telephone: (713) 836-3600 |
| Houston, Texas 77010 | Facsimile: (713) 836-3601 |
| Telephone: (713) 752-4200 | Email: brian.schartz@kirkland.com |
| Facsimile: (713) 752-4221 | |
| Email: mcavenaugh@jw.com | -and- |
| mstull@jw.com | |
| ggraham@jw.com | Anup Sathy, P.C. (admitted *pro hac vice*) |
| vpolnick@jw.com | Chad J. Husnick, P.C. (admitted *pro hac vice* ) |
| | 300 North LaSalle Street |
| *Co-Counsel for the Reorganized Debtors* | Chicago, Illinois 60654 |
| | Telephone: (312) 862-2000 |
| | Facsimile: (312) 862-2200 |
| | Email: anup.sathy@kirkland.com |
| | chad.husnick@kirkland.com |
| | |
| | *Co-Counsel for the Reorganized Debtors* |

## Certificate of Service

I certify that on August 2, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh

29720086v.1