**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SEADRILL PARTNERS LLC, *et al.*,[1] | ) Case No. 20-35740 (DRJ) |
| | ) |
| Reorganized Debtors. | ) (Jointly Administered) |
| | ) **RE: Docket No. 640** |

**CERTIFICATE OF NO OBJECTION WITH RESPECT TO THE SECOND AND FINAL
FEE APPLICATION OF M3 ADVISORY PARTNERS, LP**

Pursuant to the *Procedures for Complex Chapter 11 Cases in the Southern District of Texas*, the undersigned counsel for the above-captioned reorganized debtors (collectively, the "Debtors" or "Reorganized Debtors," as applicable) certifies as follows:[2]

1.     On July 8, 2021, the Debtors filed the *Second Interim and Final Application of M3 Advisory Partners, LP, Financial Advisor for the Debtors, for Compensation Earned and Expenses Incurred for the Period from December 1, 2020 Through May 14, 2021* [Docket No. 640] (the "M3 Final Fee Application").

2.     The deadline for parties to file responses to the relief requested in the M3 Final Fee Application was July 29, 2021 (the "Objection Deadline").  No objections were filed on the docket on or before the Objection Deadline.  Additionally, counsel for the Reorganized Debtors did not receive any informal objections or responses to the M3 Final Fee Application.

---

[1]     A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/seadrillpartners.  The location of Reorganized Debtor Seadrill Partners LLC's principal place of business and the Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

[2]     Capitalized terms used herein but not otherwise defined shall have the meaning ascribed to them in the *Fourth Amended Joint Chapter 11 Plan of Reorganization of Seadrill Partners LLC and Its Debtors Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 562].

3.     The Reorganized Debtors request that the Court enter the attached proposed order at the earliest convenience of the Court.

Houston, Texas
August 2, 2021

Respectfully Submitted,

*/s/ Matthew D. Cavenaugh*

**JACKSON WALKER L.L.P.**
Matthew D. Cavenaugh (TX Bar No. 24062656)
J. Machir Stull (TX Bar No. 24070697)
Genevieve Graham (TX Bar No. 24085340)
Veronica A. Polnick (TX Bar No. 24079148)
1401 McKinney Street, Suite 1900
Houston, Texas 77010
Telephone:      (713) 752-4200
Facsimile:      (713) 752-4221
Email:           mcavenaugh@jw.com
                 mstull@jw.com
                 ggraham@jw.com
                 vpolnick@jw.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Brian Schartz, P.C. (TX Bar No. 24099361)
609 Main Street
Houston, Texas 77002
Telephone:      (713) 836-3600
Facsimile:      (713) 836-3601
Email:           brian.schartz@kirkland.com

-and-

Anup Sathy, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice* )
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:      (312) 862-2200
Email:           anup.sathy@kirkland.com
                 chad.husnick@kirkland.com

*Co-Counsel for the Debtors*
*and Debtors in Possession*

**<u>Certificate of Service</u>**

I certify that on August 2, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh

29693333v.1