IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| SEADRILL PARTNERS LLC, *et al*.,[1] | ) | Case No. 20-35740 (DRJ) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No.  643** |

**ORDER GRANTING JACKSON WALKER LLP'S
FIRST AND FINAL FEE APPLICATION FOR ALLOWANCE AND
PAYMENT OF FEES AND EXPENSES AS CO-COUNSEL TO THE DEBTORS
FOR THE PERIOD FROM DECEMBER 1, 2020 THROUGH MAY 14, 2021**

CAME ON FOR CONSIDERATION, the *First and Final Fee Application for Allowance and Payment of Fees and Expenses as Co-Counsel to the Debtors for the Period December 1, 2020 Through May 14, 2021* (the "Application")[2] filed by Jackson Walker LLP ("JW"), and the Court having reviewed the Application, the matters contained therein and exhibits thereto, and being of the opinion that the attorneys' fees and expenses incurred should be allowed and paid by the Debtors, it is therefore

ORDERED, that JW is hereby allowed final compensation for attorneys' fees in the amount of $286,885.00 incurred from December 1, 2020 through May 14, 2021; it is further

ORDERED, that JW is hereby allowed final reimbursement of expenses in the amount of $1,617.25; it is further

---

[1] A complete list of each of the Debtors (collectively, the "Debtors")in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.primeclerk.com/seadrillpartners. The location of Debtor Seadrill Partners LLC's principal place of business and the Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

29480893v.2 158360/00001

ORDERED, that upon entry of this Order the Debtors are authorized to pay JW the following fees and expenses approved herein less any fees and expenses previously paid pursuant to the Interim Compensation Order:

| | |
|---|---:|
| Total Fees Requested: | $286,885.00 |
| Total Expenses Requested: | $1,617.25 |
| **Total Requested in this Application:** | **$288,502.25** |
| Amount Paid for Monthly Fee Statements: | $125,584.65 |
| **Total Fees and Expenses Due:** | **$162,917.60** |

Signed:  August 10, 2021.

_____
**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

United States Bankruptcy Court
Southern District of Texas

In re:  Case No. 20-35740-drj
Seadrill Partners LLC  Chapter 11
Official Committee of Unsecured Creditor
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0541-4      User: ADIuser      Page 1 of 5
Date Rcvd: Aug 10, 2021      Form ID: pdf002      Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db |  | Seadrill Partners LLC, 566 Chiswick High Road, Chiswick Business Park, London, W4 5YS, UNITED KINGDOM |
| aty | + | Jami B Nimeroff, Two Penn Center Suite 610, 1500 John F. Kennedy Blvd., Philadelphia, PA 19102-1710 |
| intp | + | Ad Hoc Committee of Term Loan B Lenders, Cole Schotz P.C., Michael D. Warner, Esq., 301 Commerce Street, Suite 1700, Fort Worth, TX 76102-4126 |
| intp | + | BMC Group, Inc., 3732 W. 120th Street, Hawthorne, CA 90250-3202 |
| cr | + | Gulf Copper & Manufacturing Corporation, Clark Hill Strasburger, 909 Fannin, Suite 2300, Houston, TX 77010, UNITED STATES 77010-1036 |
| intp | + | Jolene Wise United States Securities & Exchange Co, 175 W. Jackson Blvd., Suite 1450, Chicago, IL 60604-2710 |
| cr | + | Official Committee Of Unsecured Creditors, 601 Poydras Street, Suite 2660, Attn: Omer F. Kuebel, III, New Orleans, LA 70130 UNITED STATES 70130-6032 |
| op | + | Prime Clerk LLC, Prime Clerk LLC, One Grand Central Place, 60 E 42nd St, Suite 1440 New York, NY 10165-1446 |
| cr | + | Richey Road Municipal Utility District, c/o Owen M. Sonik, 1235 North Loop West, Suite 600, Houston, TX 77008-1772 |
| cr | + | Speedcast, c/o Ross Spence, Spence, Desenberg & Lee, PLLC, 1770 St. James Place, Suite 625 Houston, TX 77056-3500 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 10 2021 20:08:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Aug 10 2021 20:08:00 | Harris County, et al., Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | 3C Metal |
| cr |  | 3C Metal Asia Sdn Bhd |
| cr |  | ALDINE INDEPENDENT SCHOOL DISTRICT, LEGAL DEPARTMENT, 2520 W.W. Thorne Blvd., Houston |
| intp |  | Alter Domus (US) LLC |
| intp |  | BP Exploration & Production, Inc. |
| cr |  | KLOEPPER-THERM GMBH & CO. KG |
| cr |  | NOV Inc. |
| cr |  | National Oilwell Varco, L.P. |
| crcm |  | Official Committee of Unsecured Creditors |
| intp |  | Seadrill Limited |
| intp |  | Seadrill Management Ltd |
| cr |  | Sodexo |
| intp |  | Squire Patton Boggs (US) LLP |
| cr |  | Transocean Offshore Deepwater Drilling, Inc. and T |

District/off: 0541-4     User: ADIuser     Page 2 of 5
Date Rcvd: Aug 10, 2021     Form ID: pdf002     Total Noticed: 12
TOTAL: 14 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda L Cottrell | on behalf of Debtor Seadrill Partners LLC acottrell@sheppardmullin.com  dpuente@sheppardmullin.com |
| Bradley Clay Knapp | on behalf of Creditor Committee Official Committee of Unsecured Creditors bknapp@lockelord.com Yamille.Harrison@lockelord.com |
| Brian A. Baker | on behalf of Creditor NOV Inc. brian.baker@stacybakerlaw.com |
| Brian A. Baker | on behalf of Creditor National Oilwell Varco  L.P. brian.baker@stacybakerlaw.com |
| Brian E Schartz | on behalf of Debtor Seadrill Partners LLC brian.schartz@kirkland.com  ecf-9b7a1a52c6e8@ecf.pacerpro.com |
| Charles A Beckham, Jr | on behalf of Interested Party Seadrill Management Ltd beckhamc@haynesboone.com  kenneth.rusinko@haynesboone.com |
| Charles A Beckham, Jr | on behalf of Interested Party Seadrill Limited beckhamc@haynesboone.com  kenneth.rusinko@haynesboone.com |
| Christopher M Odell | on behalf of Interested Party Alter Domus (US) LLC Christopher.odell@aporter.com  ecf-ca8dba05c0b5@ecf.pacerpro.com |
| Coleman Torrans | on behalf of Debtor Seadrill Partners LLC ctorrans@lawla.com |
| Edward L Ripley | on behalf of Creditor KLOEPPER-THERM GMBH & CO. KG eripley@andrewsmyers.com  sray@andrewsmyers.com |
| Elizabeth A Green | on behalf of Debtor Seadrill Partners LLC egreen@bakerlaw.com dbichard@bakerlaw.com;cycollins@bakerlaw.com;orlbankruptcy@bakerlaw.com;ecfbk@bmcgroup.com;bakerlaw@ecf.courtdrive.com;orlbankruptcy@bakerlaw.com |
| Frederick William Mahley | on behalf of Creditor Gulf Copper & Manufacturing Corporation wmahley@clarkhill.com  ddurr@clarkhill.com |
| Genevieve Marie Graham | on behalf of Debtor Seadrill T-16 Ltd. ggraham@jw.com  dtrevino@jw.com;kgradney@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Seadrill Partners Operating LLC ggraham@jw.com  dtrevino@jw.com;kgradney@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Seadrill Vela Hungary Kft. ggraham@jw.com  dtrevino@jw.com;kgradney@jw.com |
| Genevieve Marie Graham | on behalf of Debtor Seadrill Vencedor Ltd. ggraham@jw.com  dtrevino@jw.com;kgradney@jw.com |
| Genevieve Marie Graham | |

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 5 |
| Date Rcvd: Aug 10, 2021 | Form ID: pdf002 | Total Noticed: 12 |

    on behalf of Debtor Seadrill Polaris Ltd. ggraham@jw.com  dtrevino@jw.com;kgradney@jw.com

Genevieve Marie Graham

    on behalf of Debtor Seadrill US Gulf LLC ggraham@jw.com  dtrevino@jw.com;kgradney@jw.com

Genevieve Marie Graham

    on behalf of Debtor Seadrill Partners LLC ggraham@jw.com  dtrevino@jw.com;kgradney@jw.com

Genevieve Marie Graham

    on behalf of Debtor Seadrill T-15 Ltd. ggraham@jw.com  dtrevino@jw.com;kgradney@jw.com

Hector Duran, Jr

    on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Henry Flores

    on behalf of Creditor 3C Metal Asia Sdn Bhd hflores@rappandkrock.com  kmartin@rappandkrock.com

Henry Flores

    on behalf of Creditor 3C Metal hflores@rappandkrock.com  kmartin@rappandkrock.com

James R Prince

    on behalf of Creditor Transocean Offshore Deepwater Drilling  Inc. and Transocean Inc. jim.prince@bakerbotts.com, BankruptcyDallas@bakerbotts.com;jim-prince-2090@ecf.pacerpro.com

John Machir Stull

    on behalf of Debtor Seadrill Gulf Operations Vela LLC mstull@jw.com  lwilliams@jw.com;kgradney@jw.com;dtrevino@jw.com

John Machir Stull

    on behalf of Debtor Seadrill Gulf Operations Sirius LLC mstull@jw.com  lwilliams@jw.com;kgradney@jw.com;dtrevino@jw.com

John Machir Stull

    on behalf of Debtor Seadrill Partners LLC mstull@jw.com  lwilliams@jw.com;kgradney@jw.com;dtrevino@jw.com

John Machir Stull

    on behalf of Debtor Seadrill International Ltd. mstull@jw.com  lwilliams@jw.com;kgradney@jw.com;dtrevino@jw.com

John Machir Stull

    on behalf of Debtor Seadrill Ghana Operations Ltd. mstull@jw.com  lwilliams@jw.com;kgradney@jw.com;dtrevino@jw.com

John Machir Stull

    on behalf of Debtor Seadrill Deepwater Drillship Ltd. mstull@jw.com  lwilliams@jw.com;kgradney@jw.com;dtrevino@jw.com

John Machir Stull

    on behalf of Debtor Seadrill Gulf Operations Auriga LLC mstull@jw.com  lwilliams@jw.com;kgradney@jw.com;dtrevino@jw.com

John Machir Stull

    on behalf of Debtor Seadrill Leo Ltd. mstull@jw.com  lwilliams@jw.com;kgradney@jw.com;dtrevino@jw.com

Jolene M Wise

    on behalf of Interested Party Jolene Wise United States Securities & Exchange Commission wisej@sec.gov

Justin Bernbrock

    on behalf of Debtor Seadrill Partners LLC jbernbrock@sheppardmullin.com  rmclellarn@sheppardmullin.com

Maja Zerjal Fink

    on behalf of Interested Party Alter Domus (US) LLC maja.zerjalfink@arnoldporter.com

Matthew D Cavenaugh

    on behalf of Debtor Seadrill Capricorn Holdings LLC mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh

    on behalf of Debtor Seadrill Auriga Hungary Kft. mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh

    on behalf of Debtor Seadrill Hungary Kft. mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh

    on behalf of Debtor Seadrill China Operations Ltd. mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh

    on behalf of Debtor Seadrill Canada Ltd. mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh

    on behalf of Debtor Seabras Rig Holdco Kft. mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh

    on behalf of Debtor Seadrill Texas LLC mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

Matthew D Cavenaugh

    on behalf of Debtor Seadrill Partners LLC mcavenaugh@jw.com  kgradney@jw.com;dtrevino@jw.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 5 |
| Date Rcvd: Aug 10, 2021 | Form ID: pdf002 | Total Noticed: 12 |

Michael D Warner
　　on behalf of Interested Party Ad Hoc Committee of Term Loan B Lenders mwarner@pszjlaw.com  klabrada@pszjlaw.com

Omar Jesus Alaniz
　　on behalf of Interested Party BP Exploration & Production  Inc. oalaniz@reedsmith.com,
　　omar-alaniz-2648@ecf.pacerpro.com;jkrasnic@reedsmith.com;srhea@reedsmith.com

Omer F Kuebel, III
　　on behalf of Creditor Official Committee Of Unsecured Creditors rkuebel@lockelord.com  Yamille.harrison@lockelord.com

Omer F Kuebel, III
　　on behalf of Creditor Committee Official Committee of Unsecured Creditors rkuebel@lockelord.com
　　Yamille.harrison@lockelord.com

Owen Mark Sonik
　　on behalf of Creditor Richey Road Municipal Utility District osonik@pbfcm.com
　　osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Paul Joseph Goodwine
　　on behalf of Interested Party Seadrill Limited pgoodwine@loopergoodwine.com
　　hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul Joseph Goodwine
　　on behalf of Interested Party Seadrill Management Ltd pgoodwine@loopergoodwine.com
　　hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Philip M. Guffy
　　on behalf of Creditor Sodexo pguffy@huntonak.com

Simon Richard Mayer
　　on behalf of Creditor Official Committee Of Unsecured Creditors simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer
　　on behalf of Debtor Seadrill Partners LLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer
　　on behalf of Creditor Committee Official Committee of Unsecured Creditors simon.mayer@lockelord.com
　　Autodocket@lockelord.com

Stephen Douglas Statham
　　on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov

Steven Ordaz
　　on behalf of Interested Party BMC Group  Inc. sordaz@bmcgroup.com, Feil.BMC@ecfalerts.com

Tara L Grundemeier
　　on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@publicans.com

Tara L Grundemeier
　　on behalf of Creditor Harris County  et al. houston_bankruptcy@publicans.com

Travis McRoberts
　　on behalf of Interested Party Squire Patton Boggs (US) LLP travis.mcroberts@squirepb.com  sarah.conley@squirepb.com

US Trustee
　　USTPRegion07.HU.ECF@USDOJ.GOV

Veronica Ann Polnick
　　on behalf of Debtor Seadrill Operating GP LLC vpolnick@jw.com  kgradney@jw.com;dtrevino@jw.com

Veronica Ann Polnick
　　on behalf of Debtor Seadrill OPCO Sub LLC vpolnick@jw.com  kgradney@jw.com;dtrevino@jw.com

Veronica Ann Polnick
　　on behalf of Debtor Seadrill Partners LLC vpolnick@jw.com  kgradney@jw.com;dtrevino@jw.com

Veronica Ann Polnick
　　on behalf of Debtor Seadrill Partners B.V. vpolnick@jw.com  kgradney@jw.com;dtrevino@jw.com

Veronica Ann Polnick
　　on behalf of Debtor Seadrill Partners Finco LLC vpolnick@jw.com  kgradney@jw.com;dtrevino@jw.com

Veronica Ann Polnick
　　on behalf of Debtor Seadrill Partners Malaysia Sdn Bhd. vpolnick@jw.com  kgradney@jw.com;dtrevino@jw.com

Veronica Ann Polnick
　　on behalf of Debtor Seadrill Operating LP vpolnick@jw.com  kgradney@jw.com;dtrevino@jw.com

Veronica Ann Polnick
　　on behalf of Debtor Seadrill Mobile Units (Nigeria) Ltd. vpolnick@jw.com  kgradney@jw.com;dtrevino@jw.com

William Ross Spence
　　on behalf of Creditor Speedcast ross@sdllaw.com  brittany@sdllaw.com;donna@sdllaw.com;henry@sdllaw.com

District/off: 0541-4    User: ADIuser    Page 5 of 5
Date Rcvd: Aug 10, 2021    Form ID: pdf002    Total Noticed: 12
TOTAL: 69