United States Bankruptcy Court
Southern District of Texas

**ENTERED**

October 05, 2021

Nathan Ochsner, Clerk

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| Seadrill Partners, LLC, et al.[1] | Case No. 20-35740 (DRJ) |
| Reorganized Debtors. | (Jointly Administered) |

### SECOND STIPULATION AND AGREED ORDER BETWEEN THE REORGANIZED DEBTORS AND SODEXO REGARDING DEADLINE TO FILE SETOFF MOTION

**WHEREAS**, on February 12, 2021, Sodexo and its affiliates ("**Sodexo**") filed proofs of claim numbers 189, 190, 191, 204, and 276 (the "**Sodexo Claims**") asserting, among other things, certain setoff/recoupment rights against the above-captioned debtors;

**WHEREAS**, on May 14, 2021, the Court entered an order (the "**Confirmation Order**") [Docket No. 570] confirming the *Fourth Amended Joint Chapter 11 Plan of Reorganization of Seadrill Partners LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (as amended, modified, or supplemented, the "**Plan**");[2]

**WHEREAS**, the Effective Date of the Plan occurred on May 24, 2021;[3]

**WHEREAS**, under the terms of the Confirmation Order, Sodexo had until 45 days from the Effective Date (July 8, 2021) to file a motion seeking permission to effect a setoff/recoupment (the "**Setoff Motion Deadline**");[4]

**WHEREAS**, Sodexo and the Reorganized Debtors engaged in discussions regarding the Sodexo Claims and agreed to extend the Setoff Motion Deadline;

**WHEREAS**, on July 7, 2021, the parties filed the Stipulation and Proposed Agreed Order between the Reorganized Debtors and Sodexo Regarding Deadline to File Setoff Motion [Docket No. 636] (the "**First Stipulation**");

---

[1]   A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/seadrillpartners. The location of Reorganized Debtor Seadrill Partners LLC's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

[2]   Capitalized terms used but defined herein have the meanings given to them in the Plan.

[3]   *See Notice of (I) Entry of Confirmation order, (II) Occurrence of Effective Date, and (III) Related Bar Dates* [Docket No. 586].

[4]   Confirmation Order ¶ 99.

**WHEREAS**, on July 8, 2021, the Court entered the Agreed Order regarding the First Stipulation [Docket No. 642] extending the Setoff Motion Deadline to October 6, 2021; and

**WHEREAS**, Sodexo and the Reorganized Debtors are continuing discussions regarding the Sodexo Claims and have agreed to further extend the Setoff Motion Deadline.

**IT IS THEREFOR STIPULATED, AGREED, AND ORDERED THAT,**

1.      The Setoff Motion Deadline is hereby extended to December 6, 2021.

2.      Sodexo and the Reorganized Debtors retain all rights under the Plan and Confirmation Order.

3.      This Court shall retain exclusive jurisdiction to hear and determine all matters arising from, related to, or in connection with the applicability, implementation, interpretation, and enforcement of this Order.

**Signed:  October 05, 2021.**

**DAVID R. JONES**
**UNITED STATES BANKRUPTCY JUDGE**

2

**STIPULATED AND AGREED TO BY:**
October 1, 2021

/s/  Simon R. Mayer
Philip G. Eisenberg
  Texas Bar No. 24033923
Simon Mayer
  Texas Bar No. 24060243
**LOCKE LORD LLP**
600 Travis Street, Suite 2800
Houston, Texas 77002
Telephone:  (713) 226-1200
Fax:  (713) 223-3717
peisenberg@lockelord.com
simon.mayer@lockelord.com

*Counsel for the Reorganized Debtors*

-and-

/s/  Philip M. Guffy
Philip M. Guffy (TX Bar No. 24113705)          Jami B. Nimeroff (*admitted pro hac vice*)
**HUNTON ANDREWS KURTH LLP**                  **BROWN McGARRY NIMEROFF LLC**
600 Travis Street, Suite 4200                 Two Penn Center, Suite 610
Houston, Texas 77002                          1500 John F. Kennedy Boulevard
Telephone:     (713) 220-4200                 Philadelphia, PA  19102
Facsimile:     (713) 220-4285                 (267) 861-5330
E-mail:        pguffy@HuntonAK.com            Email: jnimeroff@bmnlawyers.com

*Counsel for Sodexo and its Affiliates*

3