## Exhibit A

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Seadrill Partners, LLC, *et al.*,[1] | § | Case No. 20-35740 (DRJ) |
| | § | |
| Reorganized Debtors. | § | (Jointly Administered) |

## ORDER EXTENDING THE DEADLINE TO OBJECT TO CLAIMS

Upon the motion (the "***Extension Motion***")[2] of the Reorganized Debtors, seeking entry of an order extending the Claims Objection Bar Date, all as more fully set forth in the Extension Motion; and the Court having jurisdiction over the Extension Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Extension Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Extension Motion having been provided to the parties as set forth in the Extension Motion; and it appearing no other or further notice need be provided; and the Court having determined that the relief sought in the Extension Motion is in the best interests of the Reorganized Debtors and all parties in interest; and the Court having determined that the legal and factual bases set forth in the Extension Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is THEREFORE

ORDERED that, the Extension Motion is granted as set forth herein; it is further

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/seadrillpartners. The location of Reorganized Debtor Seadrill Partners LLC's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Extension Motion.

ORDERED that, the Claims Objection Bar Date shall be and hereby is extended through and including 11:59 p.m. (prevailing Central Time) on March 21, 2022; it is further

ORDERED that, entry of this Order is without prejudice to the rights of the Reorganized Debtors to seek further extension of the Claims Objection Bar Date; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

ZZZ