**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| SEADRILL PARTNERS LLC, *et al.*,[1] | Case No. 20-35740 (DRJ) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Nathan Chien, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On November 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the First Omnibus Service List attached hereto as **Exhibit A**:

- The Reorganized Debtors' First Omnibus Objection to Certain Proofs of Claim (Duplicate Claims) [Docket No. 701]

On November 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Second Omnibus Service List attached hereto as **Exhibit B**:

- The Reorganized Debtors' Second Omnibus Objection to Certain Proofs of Claim (Late-Filed Claims) [Docket No. 702]

On November 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Third Omnibus Service List attached hereto as **Exhibit C**:

- The Reorganized Debtors' Third Omnibus Objection to Certain Proofs of Claim (Late-Filed Claims) [Docket No. 703]

On November 17, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Fourth Omnibus Service List attached hereto as **Exhibit D**:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/seadrillpartners. The location of Debtor Seadrill Partners LLC's principal place of business and the Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

- The Reorganized Debtors' Fourth Omnibus Objection to Certain Proofs of Claim (Equity Interests) [Docket No. 704]

Dated: November 24, 2021

*/s/ Nathan Chien*
Nathan Chien

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 24, 2021, by Nathan Chien, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Liz Santodomingo*
Notary Public, State of New York
No. 01SA6301250
Qualified in New York County
Commission Expires April 14, 2022

SRF 58072

**Exhibit A**

Exhibit A
First Omnibus Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | ZIP | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| ALDINE INDEPENDENT SCHOOL DISTRICT | Legal Dept. | 2520 W.W. Thorne | | | Houston | TX | 77073 | | bnkatty@aldineisd.org | First Class Mail and Email |
| ALDINE INDEPENDENT SCHOOL DISTRICT | Tax Dept | 14909 Aldine Westfield Rd | | | Houston | TX | 77032 | | jagazelas@aldineisd.org | First Class Mail and Email |
| Baker & Hostetler LLP | Andrew Layden, Esq. | 200 S. Orange Ave, Suite 2300 | | | Orlando | FL | 32801 | | alayden@bakerlaw.com | First Class Mail and Email |
| Baker & Hostetler LLP | Eric W. Kristiansen, Partner | 811 Main Street, Suite 1100 | | | Houston | TX | 77002 | | ekristiansen@bakerlaw.com | First Class Mail and Email |
| BNP Paribas | Allen & Overy LLP | Attention: Daniel J. Guyder and Jonathan Cho | 1221 Avenue of the Americas | | New York | NY | 10020 | | daniel.guyder@allenovery.com; jonathan.cho@allenovery.com | First Class Mail and Email |
| BNP Paribas | Allen & Overy LLP | Attention: Hannah Valintine and Charlotte Hall | One Bishops Square | | Spitalfields, London | | E1 6AD | United Kingdom | charlotte.hall@allenovery.com; hannah.valintine@allenovery.com | First Class Mail and Email |
| BNP Paribas | Attn: Guillaume Barrier | 10 Harewood Avenue | | | London | | NW1 6AA | United Kingdom | guillaume.barrier@uk.bnpparibas.com | First Class Mail and Email |
| BNP Paribas | Thomas Caillaud / Rossana Montesano | 37 Avenue de l'Opera | | | Paris | | 75002 | France | rossana.montesano@bnpparibas.com; thomas.caillaud@bnpparibas.com | First Class Mail and Email |
| BNP Paribas | Thomas Caillaud / Rossana Montesano | BNP Paribas | 37 Avenue de l'Opera | | Paris | | 75002 | France | rossana.montesano@bnpparibas.com; thomas.caillaud@bnpparibas.com | First Class Mail and Email |
| BNP Paribas | | | | | | | | | daniel.guyder@allenovery.com; jonathan.cho@allenovery.com | Email |
| Connector Specialists, Inc. | Anh Pham | P.O. Box 8988 | | | Mandeville | LA | 70470-8988 | | apham@connectorspecialists.com | First Class Mail and Email |
| Danske Bank, Norwegian Branch | Att'n: Endre Storlokken | Søndre gate 15 | | | Trondheim | | 7011 | Norway | endre.storlokken@danskebank.com; fwcarter@venable.com | First Class Mail and Email |
| Danske Bank, Norwegian Branch | Knut Marius Skoglund & Christian Smeby | Business Banking Mid-North / Large Customers | Danske Bank, Norwegian Branch | Bryggetorget 4 | Oslo | | 0250 | Norway | fwcarter@venable.com | First Class Mail and Email |
| Danske Bank, Norwegian Branch | Knut Marius Skoglund and Christian Smeby | Head of Large Customers | Danske Bank, Norwegian Branch | Bryggetorget 4 | Oslo | | 0250 | Norway | | First Class Mail |
| Deutsche Bank AG | Morgan, Lewis & Bockius LLP | 101 Park Avenue | | | New York | NY | 10178 | | joshua.dorchak@morganlewis.com | First Class Mail and Email |
| Deutsche Bank AG | Sebastian Marollese | 5201 Gate Parkway | | | Jacksonville | FL | 32256 | | sebastian.marollese@db.com | First Class Mail and Email |
| Hydril USA Distribution, LLC | Snow & Green LLP | c/o Holly C Hamm | P.O. Box 549 | | Hockley | TX | 77447 | | holly@snow-green.com;  brenda@snow-green.com | First Class Mail and Email |
| Leeden National Oxygen LTD | No.1 Shipyard Road | | | | Singapore | | 628128 | Singapore | ALSER.TAN@LEEDENNOX.COM | First Class Mail and Email |
| MACDERMID OFFSHORE SOLUTIONS | ATTN: MONICA BRUMLEY | 223 NORTH BROCKMAN STREET | | | PASADENA | TX | 77506 | | chuck.wallace@macdermid.com | First Class Mail and Email |
| MACDERMID OFFSHORE SOLUTIONS | MACDERMID, INC. | CHARLES DAVID WALLACE | 245 FREIGHT STREET | | WATERBURY | CT | 06702 | | chuck.wallace@macdermid.com | First Class Mail and Email |
| Moody's Investors Service Ltd | One Canada Square, Canary Wharf | | | | London | | E14 5FA | United Kingdom | Krishna.patel@moodys.com | First Class Mail and Email |
| OCS Services (India) Private Limited | #407/411, Oberoi Chambers - II | 645/646, New Link Road | Andheri West | | Mumbai | | 400053 | Inida | shailesh.gohil@ocs.co.in | First Class Mail and Email |
| OCS SERVICES (INDIA) PVT. LTD. | #407-411 OBEROI CHAMBER-II | 645/646 NEW LINK ROAD, ANDHERI (W) | | | MUMBAI | | 400053 | INDIA | SHAILESH.GOHIL@OCS.SERVICES | First Class Mail and Email |
| OIL AND GAS INTERNATIONAL FZE | PO BOX 49743, PLOT NO. 2F 02 B2 | HAMRIYAH FREEZONE, PHASE 1 | | | SHARJAH | | | UNITED ARAB EMIRATES | REGIS@OGI-FZE.COM; sreekanth@ogi-fze.com; thomas@ogi-fze.com | First Class Mail and Email |
| Prime Ocean Personnel Services, LLC | 26400 Kuykendahl Road, Suite C180-309 | | | | The Woodlands | TX | 77375 | | alastair@primeoceangroup.com | First Class Mail and Email |
| Prime Ocean Personnel Services, LLC | Candice L. Wagner | Attorney for Creditor | The Law Office of Candice L. Wagner, PC | 1790 Hughes Landing Boulevard Suite 400 | The Woodlands | TX | 77380 | | cwagner@lawwagner.com | First Class Mail and Email |
| Speedcast Communications (India) PVT LTD. | Clint Stewart | 4400 S. Sam Houston Pkwy East | | | Houston | TX | 77048 | | clint.stewart@speedcast.com | First Class Mail and Email |
| Speedcast Communications (India) PVT LTD. | Ross Spence | Spence, Desenberg & Lee, PLLC | 1770 St. James Place, Suite 625 | | Houston | TX | 77056 | | ross@sdllaw.com | First Class Mail and Email |
| Speedcast Communications Inc. | Clint Stewart | 4400 S. Sam Houston Pkwy East | | | Houston | TX | 77048 | | clint.stewart@speedcast.com | First Class Mail and Email |
| Speedcast Communications Inc. | Spence, Desenberg & Lee, PLLC | Ross Spence | | | Houston | TX | 77056 | | ross@sdllaw.com | First Class Mail and Email |
| Speedcast Norway AS | Clint Edward Stewart | 4400 S. Sam Houston Pkwy East | | | Houston | TX | 77048 | | clint.stewart@speedcast.com | First Class Mail and Email |
| Speedcast Norway AS | Ross Spence | Spence, Desenberg & Lee, PLLC | 1770 St. James Place, Suite 625 | | Houston | TX | 77056 | | ross@sdllaw.com | First Class Mail and Email |
| United Resources Marketing Services Pte Ltd | #05-02 | 20 Bukit Batok Crescent | | | Singapore | | 658080 | Singapore | accounts02@unitedrm.com.sg; linda@unitedrm.com.sg | First Class Mail and Email |

**<u>Exhibit B</u>**

Exhibit B
Second Omnibus Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| AEL Americas Inc | Alan Mackie | 9000 Clay Road | Suite 122 | | Houston | TX | 77080 | | agmackie@ael-electrical.com | First Class Mail and Email |
| AEL Americas Inc | Community Bank of Texas | PO Box 26017 | | | Beaumont | TX | 77720-6017 | | dwitherspoon@communitybank.com | First Class Mail and Email |
| AIG Insurance Company of Canada | AIG Property Casualty, Inc. | Attention: Kevin Larner | 80 Pine Street, 13th Floor | | New York | NY | 10005 | | kevin.larner@aig.com; tammy.tedesco@aig.com | First Class Mail and Email |
| ALEXANDER RYAN MARINE & SAFETY LLC | 2000 NORTH WAYSIDE DR. | | | | HOUSTON | TX | 77011 | | mhane@alexanderryan.com | First Class Mail and Email |
| AMARIT AND ASSOCIATES LOGISTICS CO., LTD. | 1 PRIDI PANOMYON SOI 28 | SUKHUMVIT 71 ROAD, KHWAENG KLONGTON NUA | KHET WATTANA | | BANGKOK | | 10110 | THAILAND | uthaiwann@amarit.co.th | First Class Mail and Email |
| Americas Generators, Inc. | 8511 NW 61st Street | | | | Miami | FL | 33166 | | ejohnston@gopower.com; tara@gopower.com; tbappert@gopower.com | First Class Mail and Email |
| Applus K2 America LLC | Aaron Ries | 3 Sugar Creek Center Blvd. | | | Sugar Land | TX | 77478 | | aaron.ries@applus.com | First Class Mail and Email |
| Applus K2 America LLC | David K. Bissinger | Bissinger, Oshman & Williams LLP | 2229 San Felipe, Suite 1500 | | Houston | TX | 77019 | | dbissinger@bowllp.com | First Class Mail and Email |
| Aqualisbraemar Pte Ltd | Attn: Aw Yeong YuenYue | 80 Robinson Road | #24-01/02 | | Singapore | | 068898 | Singapore | yuenyue.awyeong@aqualisbraemar.com | First Class Mail and Email |
| AQUA-TERRA OILFIELD EQUIPMENT & SERVICES PTE. LTD. | 17 JURONG PORT ROAD | | | | Singapore | | 619092 | SINGAPORE | aloshaiusen@atssh.com | First Class Mail and Email |
| Arundo Analytics | Wergelandsveien 7 | | | | Oslo | | 0167 | Norway | anne@arundo.com | First Class Mail and Email |
| ATLANTIC MARITIME SERVICES PVT LTD | 504, GHANSHYAM ENCLAVE | NEAR LALJI PADA POLICE CHOWKY | KANDIVALI LINK ROAD | KANDIVALI (WEST), MUMBAI | MAHARASHTRA | | 400067 | INDIA | sales@atlanticmaritime.co.in | First Class Mail and Email |
| Belaire, Lennard and Barbara | 1147 Ruth Bridge Hwy | | | | Breaux Bridge | LA | 70517 | | bbbelaire@gmail.com | First Class Mail and Email |
| BHARAT MEDICO | SHOP NO 12 | DR.D.H.KHARUDE MARKET | NEXT TO WORLI FIRE BRIGADE STATION | | MUMBAI | | 400030 | INDIA | bharatmedico@hotmail.com | First Class Mail and Email |
| BLUEWATER RUBBER & GASKET CO. | P O BOX 190 | | | | HOUMA | LA | 70361-0190 | | c.rodrigue@bluewaterrubber.com | First Class Mail and Email |
| Bouyant Offshore Solutions Pte Ltd | 100 Peck Seah Street, #08-14, PS100 | | | | Singapore | | 079333 | Singapore | krish@bouyantoffshore.com | First Class Mail and Email |
| BRAY SALES TEXAS, INC. | 8323 N. ELDRIDGE PKWY #100-B | | | | HOUSTON | TX | 77041 | | | First Class Mail and Email |
| BRAY SALES TEXAS, INC. | Bray International, Inc. | 13333 Westland E. Blvd. | | | Houston | TX | 77041 | | carlos.velez@bray.com | First Class Mail and Email |
| BREAUX PETROLEUM PRODUCTS, INC. | 237 N. BARRIOS STREET | | | | LOCKPORT | LA | 70374 | | BREAUX@BREAUXPETROLEUM.COM; clifd@bollinger.com | First Class Mail and Email |
| Bridon American Corporation | Attn: Rachel Allen | 1395 South Marietta Parkway | Building 500, Suite 100 | | Marietta | GA | 30067 | | rachel.allen@bekaert.com | First Class Mail and Email |
| BRUBAY SHIPCARE SDN BHD | LOT 59, BLOCK F | LAZENDA WAREHOUSE | | | JALAN PATAU-PATAU, FT LABUAN | | 87000 | MALAYSIA | rahul@brubay.com | First Class Mail and Email |
| CapRock UK Limited | Attn: Clint Stewart | 4400 S. Sam Houston Pkwy East | | | Houston | TX | 77048 | | clint.stewart@speedcast.com | First Class Mail and Email |
| CapRock UK Limited | Spence, Desenberg & Lee, PLLC | Attn: Ross Spence | 1770 St. James Place, Suite 625 | | Houston | TX | 77056 | | ross@sdllaw.com | First Class Mail and Email |
| CENTRALIS NETHERLANDS BV | ZUIDPLEIN 126 | TOWER H, 15TH FLOOR | | | AMSTERDAM | | 1077XV | NETHERLANDS | KATALIN.ROZSNYAI@CENTRALIS.EU | First Class Mail and Email |
| Certex USA Inc | 11949 FM 529 | | | | Houston | TX | 77041 | | thewitt@certex.com | First Class Mail and Email |
| Crosbie Salamis Limited | 80 Hebron Way | | | | St. John's | NL | A1A 0L9 | Canada | cabbott@crosbieworld.com | First Class Mail and Email |
| CWL Crane Worldwide Transportation Sdn Bhd | CWL Crane Worldwide Transportation Sdn Bhd-KUL | K03-3A-12 13, Level 3A, Tower 3, UOA BusinessPark | Jalan Pengaturcara U1/51A | Kawasan Perindustrian Temasya | Shah Alam, Selangor Darul Ehsan, | | 40150 | Malaysia | desmond.cheng@craneww.com | First Class Mail and Email |
| Dammers Shipagencies Inc. | Dammers Building, Kaya Flamboyan # 11 | | | | Willemstad | | | Curacao | directorate@dammers-group.com | First Class Mail and Email |
| DENSBE ELECTRICAL S'PORE PTE LTD | NO. 403 RACE COURSE RD | | | | SINGAPORE | | 218653 | SINGAPORE | agnes.accounts@densbe-electric.com | First Class Mail and Email |
| DINTEC CO., LTD | 309 JUNGANG-DAERO, DONG-GU | | | | BUSAN | | 48792 | SOUTH KOREA | OFFSHORE@DINTEC.CO.KR | First Class Mail and Email |
| Drew Marine USA | 100 South Jefferson Road, Suite 204 | | | | Whippany | NJ | 07981 | | jperret@drew-marine.com | First Class Mail and Email |
| EAGLE INDUSTRIAL EQUIPMENT, INC. | 230 N. BARRIES ST | | | | LOCKPORT | LA | 70374 | | BLEDET@EAGLEIE.COM; rick@eagleie.com | First Class Mail and Email |
| EVERGREEN ENTERPRISES | 63, BOMBAY TIMBER MARKET | REAY ROAD EAST | | | MUMBAI, MAHAR | | 400010 | INDIA | SALES@EEOFFSHORE.IN | First Class Mail and Email |
| EW Liner Charts & Publications Pte. Ltd | 100 Pasir Panjang Road #05-10 | | | | Singapore | | 118518 | Singapore | sid@ewliner.com | First Class Mail and Email |
| Fragomen, Del Rey, Bernsen & Loewy, LLP | Jennifer O'Brien | 90 Matawan Road | | | Matawan | NJ | 07747 | | jenniferobrien@fragomen.com | First Class Mail and Email |
| GOFORTH CORPORATION SDN BHD | NO 6, JALAN WAWASAN 3/KU7 | KAWASAN PERINDUSTRIAN SUNGAI | KAPAR INDAH | | KAPAR INDAH, KLANG SELANGOR | | 42200 | MALAYSIA | finance2@goforth.com.my | First Class Mail and Email |
| H.S. LEE & PARTNERS | 29-M, JALAN SS2/67 | PETALING JAYA | | | SELANGOR | | 47300 | MALAYSIA | julie@hsleeptrs.com; myloke@hsleeptrs.com | First Class Mail and Email |
| Hock Seng Marine Engineering Pte Ltd | 7 Joo Koon Crescent | | | | | | 629024 | Singapore | peiyu@hocksengmarine.com.sg | First Class Mail and Email |
| Hydril USA Distribution, LLC | Snow & Green LLP | c/o Holly C. Hamm | P.O. Box 549 | | Hockley | TX | 77447 | | holly@snow-green.com | First Class Mail and Email |
| Investis Digital Ltd | 53 Tooley Street | 5th Floor The Counting House | | | London | | SE1 2QN | United Kingdom | Jan.byfield@investisdigital.com | First Class Mail and Email |
| KOLT OILFIELD SERVICES PRIVATE LIMITED | KAILASH BUSINESS PARK, UNIT NN 215 | WING A (H), VEER SAVARKAR ROAD | PARKSITE VIKHROLI (W) | MUMBAI | MAHARASHTRA | | 400079 | INDIA | avinash.kolte@koltoilfield.com | First Class Mail and Email |
| Kongsberg Maritime AS | Kirkegårdsveien 45 | | | | Kongsberg | | 3601 | Norway | km.receivable@km.kongsberg.com; Lillian.simones.grongstad@km.kongsberg.com | First Class Mail and Email |
| Kühner, Richard | 113 Neuherbergstr. | | | | Munich | | 80937 | Germany | drarickyS7@gmail.com | First Class Mail and Email |
| LOUISIANA MACHINERY CO., L.L.C. | 100 BOYCE STREET | | | | BROUSSARD | LA | 70518 | | credit@louisianacat.com | First Class Mail and Email |
| LOUISIANA MACHINERY CO., L.L.C. | BLAIR B CUROLE | LOUISIANA MACHINERY COMPANY LLC | 3799 W AIRLINE HWY | | RESERVE | LA | 70084 | | BLAIR.CUROLE@LOUSIANACAT.COM; CREDIT@LOUSIANACAT.COM | First Class Mail and Email |
| LV Shipping Singapore Pte Ltd | 31 Jurong Port Road | #04-11M Jurong Logistics Hub | | | Singapore | | 619115 | Singapore | accounts@lvshipping.asia | First Class Mail and Email |
| Macellaro, Charles J. | 14 Old Forge LN | | | | Tarrytown | NY | 10591-6502 | | | First Class Mail and Email |
| MacLean Electrical Group Limited | Edward McGrary | Peterseat Park | Peterseat Drive | Altens | Aberdeen | | AB12 3HT | United Kingdom | edward.mcgarry@dnow.com; maclean-aberdeen@dnow.com | First Class Mail and Email |
| Mangalam Enterprises | 168-169, Powai Plaza | Hiranandani Gardens | Powai | | Mumbai | | 400076 | India | Mangalambharat@gmail.com | First Class Mail and Email |
| M-I, LLC | C/O Dore Rothberg McKay, PC | Attn: Connor Smith | 17171 Park Row, Suite 160 | | Houston | TX | 77084 | | csmith@dorelaw.com | First Class Mail and Email |
| M-I, LLC | Donald Burell | Schlumberger Regional Credit Manager | 1325 S. Dairy Ashford | | Houston | TX | 77077 | | dburell@slb.com | First Class Mail and Email |
| MID-CONTINENT DISTRIBUTION PTE. LTD. | 54 LOYANG WAY | | | | SINGAPORE | | 508747 | SINGAPORE | accounts@midcontinents.com | First Class Mail and Email |
| Prager, Dieter | 11 Ungsteinerstr. | | | | Munich | | 81539 | Germany | dieter.prager@gmail.com | First Class Mail and Email |
| RELIANT AUSTRALIA | 32 COCOS DRIVE | | | | BIBRA LAKE, WA | | 6163 | AUSTRALIA | AHMED.MUSHTAQ@RELIANTAUSTRALIA.COM.AU | First Class Mail and Email |
| RELIANT AUSTRALIA | 380 COLLINS ST | Wire Instructions Saved in QA2 Notes | | | MELBOURNE VIC | | 3000 | AUSTRALIA | | First Class Mail and Email |
| RelyOn Nutec USA, LLC | 209 Clendenning Road | | | | Houma | LA | 70363 | | jr@us.relyonnutec.com | First Class Mail and Email |
| Say Communications, LLC | 155 Wooster Street, Suite #4F | | | | New York | NY | 10012 | | billing@saytechnologies.com | First Class Mail and Email |
| Scurlock Electric, LLC | 103 Rome Commercial | | | | Houma | LA | 70360 | | quentin.walker@scurlockelectric.com | First Class Mail and Email |
| SEA LINKERS PVT LTD | R - 514, TTC INDL AREA | RABALE THANE - BELAPUR ROAD | DIST THANE | | MAHARASHTRA | | 400071 | INDIA | | First Class Mail |
| SEA LINKERS PVT LTD | R-514 TTC INDUSTRIAL AREA | NAVI MUMBAI | | | MAHARASHTRA | | 400701 | INDIA | KAISER@SEALINKERS.COM | First Class Mail and Email |
| Securewest International Ltd | Foresters House | 41 Estover close | | | Plymouth | | PI6 7PL | United Kingdom | hilaryashford@securewest.com | First Class Mail and Email |
| Sivilingeniør E J Wiig AS | Erling J Wiig | 10 Karenslyst Allé | | | Oslo | | N-0278 | Norway | | First Class Mail |
| Sivilingeniør E J Wiig AS | P.O.Box 106 Skoyen | | | | Oslo | | N-0212 | Norway | ejwiig@ejwiig.com | First Class Mail and Email |
| STX Service Americas LLC | 11995 FM 529 | | | | Houston | TX | 77041 | | gjmjcngus@stx-service.com | First Class Mail and Email |
| Survitec Safety Solutions Norway As | Gangstovikvegen 66 | | | | Alesund | | 6009 | Norway | kasia.dziubinska@survitegroup.co | First Class Mail and Email |
| Survitec Safety Solutions Norway AS | Survitec Group Limited | The Aspect, 4th Floor | 12 Finsbury Square | | London | | EC2A 1AS | United Kingdom | Kieron.Moore@survitecgroup.com | First Class Mail and Email |
| THE CALLEN GROUP, INC. | 111 WINDBERG LANE | | | | LAFAYETTE | LA | 70503 | | dlorian@thecallengroup.com; KCALLEN@THECALLENGROUP.COM | First Class Mail and Email |
| THE MOTORSHIP CO. SDN. BHD. | LOT F-1, MPS SAGUKING INDUSTRIAL ESTATE | JALAN PATAU-PATAU | P.O. BOX 80592 | | FEDERAL TERRITORY LABUAN | | 87000 | MALAYSIA | mot.doc@motorshipco.com | First Class Mail and Email |
| THE OILGEAR COMPANY | 1424 INTERNATIONAL DRIVE | | | | TRAVERS CITY | MI | 49686 | | kmayes@oilgear.com | First Class Mail and Email |
| THE OILGEAR COMPANY | PO BOX 645737 | | | | PITTBURGH | PA | 15264-5255 | | kmayes@texashyd.com | First Class Mail and Email |
| Top Slings East Malaysia Sdn Bhd | Sam Ng Yong Wee | Lot 29 & 30, Block C, O&G Sec Lazenda Warehouse | Ranca-Ranca Off Jalan Patau-Patau | | Labuan | | 87000 | Malaysia | sam@topslings.com.my | First Class Mail and Email |
| Universal Agency | 154 Janjikar Street, 1st Fl. Nimakwala Bldg. | | | | Mumbai | | 400 003 | India | accounts@unit.in; info@unit.in | First Class Mail and Email |
| WELL SERVICE & SUPPLY CO. INC. | 110 LITTLE BEAVER LANE | | | | NEW IBERIA | LA | 70560 | | DHULIN.WELLSERVICE@SUDDENLINKMAIL.COM | First Class Mail and Email |
| West Houston Fluid System Technologies LLC | Gwynn Gorsuch | P O Box 19280 | | | Houston | TX | 77224 | | gwynngorsuch@me.com | First Class Mail and Email |

In re: Seadrill Partners LLC, et al.
Case No. 20-35740 (DRJ)

Page 1 of 1

**<u>Exhibit C</u>**

Exhibit C
Third Omnibus Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | ADDRESS 4 | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|---|
| Alatas Americas, Inc | Misty Mills, Accounting Manager | 22015 South Freeway | | | Manvel | TX | 77578 | | alex.bell@alatas.com; Misty.mills@alatas.com | First Class Mail and Email |
| Allrig Inc. | 1644 Coteau Rd. | | | | Houma | LA | 70364 | | bsantiago@allriggroup.com | First Class Mail and Email |
| Americas Generators, Inc. | 8511 NW 61st Street | | | | Miami | FL | 33166 | | lbappert@tsupower.com | First Class Mail and Email |
| Awatra Connect Energy Sdn Bhd | Attn: Menara Mitraland | No. 13A Jalan PJU 5/1 Kota Damansara | Unit D-3A-3A & D-3A-05 | Level 3A | Petaling Jaya, Selangor | | 47810 | Malaysia | yien@awatra-oenergy.com | First Class Mail and Email |
| Awatra Connect Energy Sdn Bhd | Bangunan Awatra | Lot 615 | Pelita Commercial Centre | | Miri | Sarawak | 98000 | Malaysia | | First Class Mail and Email |
| Awatra Connect Energy Sdn Bhd | c/o Connect Energy Services Pte Ltd | Attn: Fong Choon Ming | 456 Alexandra Road #05-06/07 | Fragrance Empire Building | | | 119962 | Singapore | michael.fong@connect-energy.com | First Class Mail and Email |
| Besmindo Kemaman Semesta Sdn Bhd | Lot 73,74, 83 & 84 Court Light Industrial Park | Jalan Pohon Batu | P.O.Box 80375 | | Labuan Territory | | | Malaysia | wongck@besmindo.com | First Class Mail and Email |
| Cleanblast LLC. | 22154 Crowley/Eunice Hwy. | | | | Crowley | LA | 70526 | | rudyf@cleanblastllc.com | First Class Mail and Email |
| Crystal Offshore Pte Ltd | No. 29, Pioneer Sector 1 | | | | Singapore | | 628434 | Singapore | l.mei@crystaloffshore.com | First Class Mail and Email |
| CWL Crane Worldwide Transportation Sdn Bhd | Bhd-Kul K03-3A-12 & 13, Level 3A, Tower 3, UOA Business Park | Jalan Pengaturcara U1/51A | Kaw Perindustrian Temasya | | Shah Alam | SE | 50450 | Malaysia | desmond.cheng@craneww.com | First Class Mail and Email |
| GLOBAL MFG, INC. | BRITTANY CHAMPAGNE | 118 NOVA DRIVE (P.O. BOX 960) | | | BROUSSARD | LA | 70518 | | brittany@globalvalve.net | First Class Mail and Email |
| GLOBAL MFG, INC. | P.O. BOX 960 | | | | BROUSSARD | LA | 70518 | | brittany@globalvalve.net | First Class Mail and Email |
| HDI Instruments, LLC | 7240 Brittmoore Rd | Suite119 | | | Houston | TX | 77041 | | michelle@hdigauges.com | First Class Mail and Email |
| ICO Asiapacific Malaysia Sdn Bhd | Lot 2&3, ASB Warehouse/ Workshop | Lot11361-CL205389608 | Ranca-Ranca Industrial Estate | | Labuan Federal Territory | | 87000 | Malaysia | sandip@icoasiapac.com | First Class Mail and Email |
| Industrial Inspections (A div of CU Inspections & Certifications India Pvt. Ltd.) | 23rd floor, B wing, Arihant Aura, | Thane Belapur road, Turbhe | | | Navi Mumbai, Maharashtra | | 400705 | India | ksubramani@controlunion.com | First Class Mail and Email |
| INNATECH SDN BHD | LOT F3, MPL SAGUKING IND. ESTATE | JALAN PATAU-PATAU | P.O. BOX 80592 | | W.P. LABUAN | | 87015 | Malaysia | suzytahir@innatechsb.com.my | First Class Mail and Email |
| Innatech SDN BHD | LOT F3, MPL SAGUKING INDUSTRIAL ESTATE | JALAN PATAU-PATAU | | | LABUAN, W.P LABUAN | | 87015 | Malaysia | suzytahir@innatechsb.com.my | First Class Mail and Email |
| INNATECH WASTE MANAGEMENT (LABUAN) SDN BHD | | | | | | | | | suzytahir@innatechsb.com.my | Email |
| International SOS (Malaysia) Sdn Bhd | B-15, Menara NU | 203, Jalan Tun Sambanthan | Kuala Lumpur Sentral | | Kuala Lumpur | | 50470 | Malaysia | nur.aliyah@internationalsos.com | First Class Mail and Email |
| IOT Holland | Attn: Pim van Es | 36 Boekel | | | Akersloot | | 1921 CE | Netherlands | pe@iotgroup.com | First Class Mail and Email |
| Kenergy, LLC | 121 Business Court | | | | Houma | LA | 70360 | | katiem@gokenergy.com | First Class Mail and Email |
| Kongsberg Maritime AS | Kirkegårdsveien 45 | | | | Kongsberg | | 3601 | Norway | km.receivable@km.kongsberg.com; Lillian.simones.grongstad@km.kongsberg.com | First Class Mail and Email |
| Kongsberg Maritime Inc. | 10777 Westheimer Road | Suite 1200 | | | Houston | TX | 77042 | | Toya.pinkston@km.kongsberg.com | First Class Mail and Email |
| KONGSBERG MARITIME PTE LTD | 81 TOH GUAN ROAD EAST | #04-01/02 SECOM CENTRE | | | SINGAPORE | | 608606 | SINGAPORE | henrik.dannstrom@km.kongsberg.com; IREN.SIM@KONGSBERG.COM; km.singapore.accounts.receivable@km.kongsberg.com | First Class Mail and Email |
| LOGAN INDUSTRIES INTERNATIONAL CORP. | P.O. BOX 1408 | | | | HEMPSTEAD | TX | 77445 | | kim.lafon@loganindustries.net | First Class Mail and Email |
| LOGAN INDUSTRIES INTERNATIONAL CORP. | PO Box 37089 | | | | Houston | TX | 77057 | | | First Class Mail |
| Maersk Training | Dyrekreden 4 | | | | Svendborg | | 5700 | DENMARK | akf010@maersktraining.com | First Class Mail and Email |
| Maersk Training, Inc. | 15882 Diplomatic Plaza Drive | Ste. 100 | | | Houston | TX | 77032 | | financehouston@maersktraining.com; jek023@maersktraining.com | First Class Mail and Email |
| MANPOWER STAFFING SERVICES (S) PTE LTD | NO. 1 WALLICH STREET | GUOCO TOWER #09-02 | | | SINGAPORE | | 078881 | SINGAPORE | gwen.lau@manpower.com.sg; linda.teo@manpower.com.sg | First Class Mail and Email |
| Marine Layup Services Pte Ltd | 17 Upper Circular Rd, #02-00 Juta Bldg | | | | Singapore | | 058415 | Singapore | gary.woolley@marinelayup.com | First Class Mail and Email |
| People Haulers, Inc. | JJ Wiggins, VP | 932 Hugh Wallis Rd. South | | | Lafayette | LA | 70508 | | | First Class Mail |
| People Haulers, Inc. | P.O. Box 80645 | | | | Lafayette | LA | 70598 | | JJWiggins@peoplehaulers.com | First Class Mail and Email |
| Pirnazar, Cyrus | 2210 Canyonback Rd | | | | Los Angeles | CA | 90049 | | shrinershadi1947@gmail.com | First Class Mail and Email |
| Shree Lalita | Mandar | Sr. Manager Finance & Accounts | 7-C, Laxmi Ashish Industrial Premises | New Link Road | Andheri-West, Mumbai?, MH | | 400053 | India | mml@shreelalita.com | First Class Mail and Email |
| SMS Korea | 8-16, Deungdae-ro, Dong-Gu | | | | Ulsan | | 44059 | Korea | sms@smskorea.com | First Class Mail and Email |
| SMS KOREA | 8-16, Deungdae-ro, Dong-Gu | | | | Ulsan | | 44059 | South Korea | sms@smskorea.com | First Class Mail and Email |
| Source Atlantic Limited | Attn: Bruce Stuart Herrington | 331 Chesley Drive | P.O. Box 967 | | St. John | NB | N8 E2L 4E4 | Canada | herrington.bruce@sourceatlantic.ca | First Class Mail and Email |
| Sparrows Offshore Services (S) Pte Ltd | Zelene Zhang | 42A Penjuru Road Level 3 (Lobby 2) | | | Singapore | | 609164 | Singapore | george.mackenzie@sparrowsgroup.com; zhang.jinjing@sparrowsgroup.com | First Class Mail and Email |
| StormGeo AS | Nordre Nøstekaien 1 | | | | Bergen | | 5011 | Norway | daria.rusieva@stormgeo.com | First Class Mail and Email |
| STX Service Americas LLC | 11995 FM 529 | | | | Houston | TX | 77041 | | gjmjonggun@stx-service.com | First Class Mail and Email |
| Survitec Safety Solutions Norway AS | Gangstovikvegen 66 | | | | Alesund | | 6009 | Norway | kasia.dzubinska@survitecgroup.com | First Class Mail and Email |
| Survitec Safety Solutions Norway AS | Survitec Group Limited | The Aspect | 4th Floor | 12 Finsbury Square | London | | EC2A 1AS | England | Kieron.Moore@survitecgroup.com | First Class Mail and Email |
| Survitec Safety Solutions Norway AS | Survitec Group Limited | The Aspect, 4th Floor | 12 Finsbury Square | | London | | EC2A 1AS | United Kingdom | Kieron.Moore@survitecgroup.com | First Class Mail and Email |
| U.S. Bolt Manufacturing, Inc. | P.O. Box 35535 | | | | Houston | TX | 77235 | | iwoodruff@usbolt.com | First Class Mail and Email |
| United Resources Marketing Services Pte Ltd | #05-02 | 20 Bukit Batok Crescent | | | Singapore | | 65808 | Singapore | accounts02@unitedrm.com.sg; linda@unitedrm.com.sg | First Class Mail and Email |
| Wartsila L.L.C. | German Lara | 2900 SW 42nd Street | | | Fort Lauderdale | FL | 33312 | | german.lara@wartsila.com | First Class Mail and Email |
| Wartsila Ships Repairing & Maintenance LLC | Attn: German Lara | 2900 SW 42nd Street | | | Fort Lauderdale | FL | 33312 | | german.lara@wartsila.com | First Class Mail and Email |
| Wellbore Integrity Solutions, LLC | 1310 Rankin Rd. Building 18 | | | | Houston | TX | 77073 | | nirmeen.calabrese@wellboreintegrity.com | First Class Mail and Email |
| Wellbore Integrity Solutions, LLC | P.O. Box 208306 | | | | Dallas | TX | 75320 | | ar-nam@wellboreintegrity.com | First Class Mail and Email |
| WILLIAM ENG PTE LTD | 15 CHANGI NORTH STREET 1 | # 01-02, I-LOFTS@CHANGI | | | SINGAPORE | | 498765 | SINGAPORE | seong@william-eng.com | First Class Mail and Email |

**<u>Exhibit D</u>**

Exhibit D

Fourth Omnibus Service List

Served as set forth below

| NAME | ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY | EMAIL | METHOD OF SERVICE |
|------|---------|------|-------|-------------|---------|-------|-------------------|
| Dail, Jodie | 110 Horniblow Point Rd. | Edenton | NC | 27932 | | travis.dail@gmail.com | First Class Mail and Email |
| Kühner, Richard | 113 Neuherbergstr. | Munich | | 80937 | Germany | draricky57@gmail.com | First Class Mail and Email |
| Legnon, Stephen Patrick | 9212 Sterling Gate Drive | McKinney | TX | 75072 | | txlegnon@aim.com | First Class Mail and Email |
| Macellaro, Charles J. | 14 Old Forge LN | Tarrytown | NY | 10591-6502 | | | First Class Mail |
| Prager, Dieter | 11 Ungsteinerstr. | Munich | | 81539 | Germany | dieter.prager@gmail.com | First Class Mail and Email |
| Saunders, Bradley | 525 Plymouth Pass Drive | Lexington | SC | 29072 | | bradleysaundersdpt@gmail.com | First Class Mail and Email |
| Stachowiak, Thomas J. | 1201 E. Norwich Ave., #6 | St. Francis | WI | 53235-4570 | | | First Class Mail |
| Walthall, Larry W | 125 Washington Dr. | Charleston | AR | 72993 | | larrywalthall@centurytel.net | First Class Mail and Email |
| Young, Marc | 27 CROCUS AVENUE | Floral Park | NY | 11001 | | MICKEYSVN@VERIZON.NET | First Class Mail and Email |