# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| SEADRILL PARTNERS LLC, *et al.*,[1] | Case No. 20-35740 (DRJ) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Frank O'Dowd, depose and say that I am employed by Prime Clerk LLC ("**Prime Clerk**"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 cases.

On November 18, 2021, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served by the method set forth on the Master Service List attached hereto as **Exhibit A**:

- The Reorganized Debtors' Motion for an Order Extending the Deadline to Object to Claims [Docket No. 705]

Dated: November 29, 2021

/s/ Frank O'Dowd
Frank O'Dowd

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on November 29, 2021, by Frank O'Dowd, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ OLEG BITMAN
Notary Public, State of New York
No. 01BI6339574
Qualified in Queens County
Commission Expires April 4, 2024

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://cases.primeclerk.com/seadrillpartners. The location of Debtor Seadrill Partners LLC's principal place of business and the Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

SRF 58105

**Exhibit A**

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | 3C METAL ASIA SDN BHD | ATTN: PHILIPPE BOY<br>3C METAL/3C SUPPLY<br>3210 ROUTE DE LARVATH<br>SAUVELADE 64150 FRANCE | OFFICE@3CMETAL.COM | First Class Mail and Email |
| COUNSEL TO ALDINE INDEPENDENT SCHOOL DISTRICT | ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: PAMELA H. WALTERS & VICTORIA "TORY" VONDER HAAR<br>2520 W.W. THORNE DRIVE<br>HOUSTON TX 77073 | BNKATTY@ALDINEISD.ORG | First Class Mail and Email |
| ALTER DOMUS (US) LLC, AS COLLATERAL AGENT | ALTER DOMUS (US) LLC, AS COLLATERAL AGENT | ATTN: PRESIDENT OR GENERAL COUNSEL<br>225 W. WASHINGTON ST.<br>9TH FLOOR<br>CHICAGO IL 60606 | | First Class Mail |
| TOP 30 UNSECURED CREDITOR | ALVAREZ & MARSAL NORTH AMERICA | ATTN: SCOTT COLEMAN<br>600 MADISON AVE.<br>NEW YORK NY 10022 | BANKRUPTCY.NOTICES@ALVAREZANDMARSAL.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | AMERICAN BUREAU OF SHIPPING CHENNAI | ATTN: BOB CLYNE<br>RUKMANI LAKSHMIPATHI RD<br>EGMORE<br>CHENNAI TAMIL NADU 600008 INDIA | RCLYNE@EAGLE.ORG | First Class Mail and Email |
| COUNSEL TO ALTER DOMUS (US) LLC, AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT | ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: CHRISTOPHER M. ODELL<br>700 LOUISIANA STREET, SUITE 4000<br>HOUSTON TX 77002-2755 | CHRISTOPHER.ODELL@ARNOLDPORTER.COM | Email |
| COUNSEL TO ALTER DOMUS (US) LLC, AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT | ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: MICHAEL MESSERSMITH, ALAN GLANTZ, MAJA ZERJAL FINK<br>250 WEST 55TH STREET<br>NEW YORK NY 10019-9710 | MICHAEL.MESSERSMITH@ARNOLDPORTER.COM<br>ALAN.GLANTZ@ARNOLDPORTER.COM<br>MAJA.ZERJALFINK@ARNOLDPORTER.COM | Email |
| TOP 30 UNSECURED CREDITOR | BAKER & HOSTETLER LLP | ATTN: ANDREW LAYDEN<br>KEY TOWER, 127 PUBLIC SQUARE SUITE 2000<br>CLEVELAND OH 44114 | ALAYDEN@BAKERLAW.COM | First Class Mail and Email |
| COUNSEL TO TRANSOCEAN OFFSHORE DEEPWATER DRILLING, INC. AND TRANSOCEAN INC. | BAKER BOTTS L.L.P. | ATTN: JAMES R. PRINCE, KEVIN CHIU<br>2001 ROSS AVENUE<br>SUITE 900<br>DALLAS TX 75201-2980 | JIM.PRINCE@BAKERBOTTS.COM<br>KEVIN.CHIU@BAKERBOTTS.COM | Email |
| TOP 30 UNSECURED CREDITOR | BDO, LLP. | ATTN: JUDITH GRIMMER<br>622 3RD AVE. #3100<br>NEW YORK NY 10017 | JGRIMMER@BDO.COM | First Class Mail and Email |
| COUNSEL TO BMC GROUP, INC | BMC GROUP, INC | ATTN: T FEIL<br>3732 W. 120TH STREET<br>HAWTHORNE CA 90250 | BMC@ECFALERTS.COM | Email |
| COUNSEL TO SODEXO | BROWN McGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF, ESQUIRE<br>TWO PENN CENTER, SUITE 610<br>1500 JOHN F. KENNEDY BOULEVARD<br>PHILADELPHIA PA 19102 | JNIMEROFF@BMNLAWYERS.COM | Email |
| COUNSEL TO THE AD HOC LENDER GROUP | COLE SHOTZ P.C. | ATTN: MICHAEL D. WARNER, BENJAMIN L. WALLEN<br>301 COMMERCE STREET<br>SUITE 1700<br>FORT WORTH TX 76102 | MWARNER@COLESCHOTZ.COM<br>BWALLEN@COLESCHOTZ.COM | First Class Mail and Email |
| COUNSEL TO SEADRILL LIMITED AND SEADRILL MANAGEMENT LIMITED | CRAVATH, SWAINE & MOORE LLP | ATTN: PAUL H. ZUMBRO, GEORGE E. ZOBITZ, LAUREN A. MOSKOWITZ, ALEXANDER A. GERTEN<br>WORLDWIDE PLAZA<br>825 EIGHTH AVENUE<br>NEW YORK NY 10019-7475 | PZUMBRO@CRAVATH.COM<br>JZOBITZ@CRAVATH.COM<br>LMOSKOWITZ@CRAVATH.COM<br>AGERTEN@CRAVATH.COM | Email |
| TOP 30 UNSECURED CREDITOR | DAMMERS SHIP AGENCIES | ATTN: ROBERT VAN HEULEN<br>KAYA FLAMBOYAN 11<br>WILLEMSTAD CURACAO | GENERAL@DAMMERS-GROUP.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | DF BARNES FABRICATIONS LIMITED | ATTN: CATHERINE RYAN<br>45 PEPPERELL RD<br>ST. JOHN'S NL A1A 5N8 CANADA | CRYAN@DFBARNES.COM | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | EASTERN PETRO TECHNOLOGIES INDIA PVT LTD. | ATTN: CHAKRADHAR PRASAD MAVULTI<br>SAMALKOTA-KAKINADA BYPASS<br>KAKINADA INDUSTRIAL AREA<br>KAKINADA ANDHRA PRADESH 533005 INDIA | INFO@EASTERNPETRO.BIZ | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 1 (CT, MA, ME, NH, RI, VT) | ATTN: BANKRUPTCY DEPARTMENT<br>5 POST OFFICE SQUARE<br>SUITE 100<br>BOSTON MA 02109-3912 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 10 (AK, ID, OR, WA) | ATTN: BANKRUPTCY DEPARTMENT<br>1200 SIXTH AVENUE<br>SUITE 900<br>SEATTLE WA 98101 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 3 (DC, DE, MD, PA, VA, WV) | ATTN: BANKRUPTCY DEPARTMENT<br>1650 ARCH STREET<br>PHILADELPHIA PA 19103-2029 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 4 (AL, FL, GA, KY, MS, NC, SC, TN) | ATTN: BANKRUPTCY DEPARTMENT<br>ATLANTA FEDERAL CENTER, 61 FORSYTH STREET<br>ATLANTA GA 30303-3104 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 5 (IL, IN, MI, MN, OH, WI) | ATTN: BANKRUPTCY DEPARTMENT<br>77 WEST JACKSON BOULEVARD<br>CHICAGO IL 60604-3507 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 7 (IA, KS, MO, NE) | ATTN: BANKRUPTCY DEPARTMENT<br>11201 RENNER BLVD.<br>LENEXA KS 66219 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 8 (CO, MT, ND, SD, UT, WY) | ATTN: BANKRUPTCY DEPARTMENT<br>1595 WYNKOOP ST.<br>DENVER CO 80202-1129 | R8EISC@EPA.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY - REGION 9 (AZ, CA, HI, NV) | ATTN: BANKRUPTCY DEPARTMENT<br>75 HAWTHORNE STREET<br>SAN FRANCISCO CA 94105 | | First Class Mail |
| COUNSEL TO SEADRILL LIMITED AND SEADRILL MANAGEMENT LIMITED | HAYNES AND BOONE, LLP | ATTN: CHARLES A. BECKHAM, MARTHA WYRICK<br>1221 MCKINNEY STREET, SUITE 4000<br>HOUSTON TX 77010 | CHARLES.BECKHAM@HAYNESBOONE.COM<br>MARTHA.WYRICK@HAYNESBOONE.COM | Email |
| COUNSEL TO SODEXO | HUNTON ANDREWS KURTH LLP | ATTN: PHILIP M. GUFFY<br>600 TRAVIS STREET<br>SUITE 4200<br>HOUSTON TX 77002 | PGUFFY@HUNTONAK.COM | Email |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>2970 MARKET ST.<br>PHILADELPHIA PA 19104-5016 | | First Class Mail |
| IRS INSOLVENCY SECTION | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | JACKSON WALKER LLP | ATTN: MATTHEW D. CAVENAUGH, J. MACHIR STULL, GENEVIEVE GRAHAM, VERONICA A. POLNICK<br>1401 MCKINNEY STREET<br>SUITE 1900<br>HOUSTON TX 77010 | MCAVENAUGH@JW.COM<br>MSTULL@JW.COM<br>GGRAHAM@JW.COM<br>VPOLNICK@JW.COM | Email |
| TOP 30 UNSECURED CREDITOR | KESUMA SHIPPING SDN BHD - LABUAN | ATTN: PRESIDENT OR GENERAL COUNSEL<br>NO. 17<br>JALAN PATAU PATAU LABUAN 87000 MALAYSIA | HUSSIN.BA@KESUMA.COM.MY | First Class Mail and Email |
| CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP (CHICAGO) | ATTN: ANUP SATHY, CHAD J. HUSNICK<br>300 NORTH LASALLE STREET<br>CHICAGO IL 60654 | ANUP.SATHY@KIRKLAND.COM<br>CHAD.HUSNICK@KIRKLAND.COM | Email |
| CO-COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | KIRKLAND & ELLIS LLP (HOUSTON) | ATTN: BRIAN SCHARTZ<br>609 MAIN STREET<br>HOUSTON TX 77002 | BRIAN.SCHARTZ@KIRKLAND.COM | Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO CYPRESS-FAIRBANKS ISD, HARRIS COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@PUBLICANS.COM | First Class Mail and Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | LOCKE LORD LLP | ATTN: OMER F. KUEBEL, II, BRADLEY C. KNAPP<br>601 POYDRAS STREET<br>SUITE 2660<br>NEW ORLEANS LA 70130 | RKUEBEL@LOCKELORD.COM<br>YAMILLE.HARRISON@LOCKELORD.COM<br>BKNAPP@LOCKELORD.COM | Email |
| COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS | LOCKE LORD LLP | ATTN: PHILIP G. EISENBERG, ELIZABETH M. GUFFY, SIMON R. MAYER<br>600 TRAVIS STREET<br>SUITE 2800<br>HOUSTON TX 77002 | PEISENBERG@LOCKELORD.COM<br>EGUFFY@LOCKELORD.COM<br>SIMON.MAYER@LOCKELORD.COM | Email |
| COUNSEL TO SEADRILL LIMITED AND SEADRILL MANAGEMENT LTD | LOOPER GOODWINE PC | ATTN: PAUL J. GOODWINE, TAYLOR P. GAY<br>650 POYDRAS STREET<br>SUITE 2400<br>NEW ORLEANS LA 70130 | PGOODWINE@LOOPERGOODWINE.COM<br>TGAY@LOOPERGOODWINE.COM | Email |
| TOP 30 UNSECURED CREDITOR | MARINE LAYUP SERVICES PTE LTD. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>17 UPPER CIRCULAR RD<br>#02-00 JUTA BUILDING<br>058415 SINGAPORE | ENQUIRIES@MARINELAYUP.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC LENDER GROUP | MILBANK LLP | ATTN: GERARD UZZI, ABHILASH M. RAVAL, ANDREW M. LEBLANC, EVAN MAASS, AARON METVINER<br>55 HUDSON YARDS<br>NEW YORK NY 10001-2163 | GUZZI@MILBANK.COM<br>ARAVAL@MILBANK.COM<br>ALEBLANC@MILBANK.COM<br>EMAASS@MILBANK.COM<br>AMETVINER@MILBANK.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | MOODY'S INVESTORS SERVICE | ATTN: JOHN J. GOGGINS<br>7 WORLD TRADE CENTER<br>250 GREENWICH ST.<br>NEW YORK NY 10007 | JOHN.GOGGINS@MOODYS.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | MSTS ASIA SDN | ATTN: TS AZHAR MD NAYAN<br>606 & 607, JALAN MELAKA RAYA 10<br>TAMAN MELAKA RAYA<br>MELAKA 75000 MALAYSIA | INFO@MSTS-MY.ORG | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | OCEANEERING INTERNATIONAL GMBH | ATTN: DAVID LAWRENCE<br>11911 FM 529<br>HOUSTON TX 77041 | | First Class Mail |
| TOP 30 UNSECURED CREDITOR | OCEANEERING SOLUS (MALAYSIA) SDN BHD | ATTN: MARK PETERSON<br>NO. 2 JALAN SUNGAI KAYU ARA 32/31<br>BERJAYA INDUSTRIAL PARK, SEKSYEN 32<br>SHAH ALAM SELANGOR MALAYSIA | MALAYSIA-OOI@OCEANEERING.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | OCS SERVICES (INDIA) PVT LTD. | ATTN: UTSAV SHAH<br>407-411, OBEROI CHAMBERS II<br>645, 646, NEW LINK RD, ANDHERI WEST<br>MUMBAI MAHARASHTRA 400053 INDIA | OCSIN@OCS.SERVICES | First Class Mail and Email |
| UNITED STATES TRUSTEE SOUTHERN DISTRICT OF TEXAS | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: HECTOR DURAN, STEPHEN STATHAM<br>515 RUSK AVE.<br>STE. 3516<br>HOUSTON TX 77002 | STEPHEN.STATHAM@USDOJ.GOV<br>HECTOR.DURAN.JR@USDOJ.GOV<br>USTPREGION07.HU.ECF@USDOJ.GOV | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | OIL AND GAS INTERNATIONAL FZE | ATTN: RANJITH SAMANSIRI<br>PO BOX 49743<br>HAMRIYAH FREE ZONE PHASE-1<br>SHARJAH UNITED ARAB EMIRATES | MAIL@OGI-FZE.COM | First Class Mail and Email |
| COUNSEL TO RICHEY ROAD MUNICIPAL UTILITY DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: OWEN M. SONIK<br>1235 NORTH LOOP WEST<br>SUITE 600<br>HOUSTON TX 77008 | OSONIK@PBFCM.COM | Email |
| TOP 30 UNSECURED CREDITOR | PRIME OCEAN PERSONNEL SERVICES LLC | ATTN: JENNIFER MASSARI<br>26400 KUYKENDAHL ROAD<br>SUITE C180-309<br>THE WOODLANDS TX 77375 | INFO@PRIMEOCEANGROUP.COM | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | PUGLISEVICH CREWS AND SERVICES LIMITED | ATTN: BOB BARRON<br>611 TORBAY RD.<br>ST. JOHN'S NL A1A 5J1 CANADA | BOB.BARRON@PUGLISEVICH.COM | First Class Mail and Email |
| COUNSEL TO 3C METAL | RAPP & KROCK, PC | ATTN: HENRY FLORES, KENNETH M. KROCK<br>1980 POST OAK BLVD, SUITE 1200<br>HOUSTON TX 77056 | HFLORES@RAPPANDKROCK.COM<br>KKROCK@RAPPANDKROCK.COM | Email |
| COUNSEL TO BP EXPLORATION & PRODUCTION, INC | REED SMITH LLP | ATTN: OMAR J. ALANIZ & DEVAN J. DALCOL<br>2850 N. HARWOOD STREET<br>SUITE 1500<br>DALLAS TX 75201 | OALANIZ@REEDSMITH.COM<br>DDALCOL@REEDSMITH.COM | Email |
| TOP 30 UNSECURED CREDITOR | SAFETY MANAGEMENT SYSTEMS, LLC | ATTN: SCOTT GUIDRY<br>P.O. BOX 98000<br>LAFAYETTE LA 70509 | | First Class Mail |
| TOP 30 UNSECURED CREDITOR | SAPURAKENCANA DRILLING ASIA LIMITED | ATTN: PRESIDENT OR GENERAL COUNSEL<br>23 FL. RASA TOWER 1<br>555 PHAHOLYOTHIN RD<br>CHATUCHAK BANGKOK 10900 THAILAND | NAPAWAN.SONDEE@SKDRILLING.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | SEADRILL LIMITED | ATTN: SANDRA REDDING<br>566 CHISWICK HIGH ROAD<br>2ND FLOOR, BUILDING 11, CHISWICK BUSINESS PARK<br>LONDON W4 5YS UNITED KINGDOM | SANDRA.REDDING@SEADRILL.COM | First Class Mail and Email |
| COUNSEL TO UNITED STATES SECURITIES AND EXCHANGE COMMISSION | SECURITIES & EXCHANGE COMMISSION | ATTN: JOLENE M. WISE<br>175 W. JACKSON BLVD., SUITE 1450<br>CHICAGO IL 60604 | WISEJ@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES & EXCHANGE COMMISSION | SECRETARY OF THE TREASURY<br>100 F ST NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - FORT WORTH OFFICE | DAVID WOODCOCK REGIONAL DIRECTOR<br>BURNETT PLAZA<br>801 CHERRY ST., STE. 1900 UNIT 18<br>FORT WORTH TX 76102 | | First Class Mail |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPARTMENT<br>BROOKFIELD PLACE<br>200 VESEY STREET STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV | First Class Mail and Email |
| PROPOSED CONFLICTS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | ATTN: JENNIFER L. NASSIRI<br>333 SOUTH HOPE STREET, 43RD FLOOR<br>LOS ANGELES CA 90071 | JNASSIRI@SHEPPARDMULLIN.COM | Email |
| PROPOSED CONFLICTS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | ATTN: JUSTIN R. BERNBROCK, ROBERT B. MCLELLARN<br>THREE FIRST NATIONAL PLAZA<br>70 WEST MADISON STREET, 48TH FLOOR<br>CHICAGO IL 60602 | JBERNBROCK@SHEPPARDMULLIN.COM<br>RMCLELLARN@SHEPPARDMULLIN.COM | Email |
| PROPOSED CONFLICTS COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP | ATTN: LAWRENCE A. LAROSE<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10122 | LLAROSE@SHEPPARDMULLIN.COM | Email |
| TOP 30 UNSECURED CREDITOR | SODEXO INDIA SERVICES PRIVATE LIMITED | ATTN: SONAL SHAH<br>603, PS SRIJAN CORPORATE PARK II<br>SALT LAKE BYPASS, GP BLOCK, SECTOR V, BIDHANNAGAR<br>KOLKATA WEST BENGAL 700091 INDIA | SONAL.SHAH@SODEXO.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | SPEEDCAST COMMUNICATIONS (INDIA) PVT LTD. | ATTN: PRESIDENT OR GENERAL COUNSEL<br>501, Sheetal Enclave<br>Malad West Mumbia<br>MUMBAI CITY MH 400064 INDIA | | First Class Mail |
| COUNSEL TO SPEEDCAST | SPENCE, DESENBERG & LEE, PLLC | ATTN: ROSS SPENCE & HENRY W. KNIGHT<br>1770 ST. JAMES PLACE<br>SUITE 625<br>HOUSTON TX 77056 | ROSS@SDLLAW.COM<br>HENRY@SDLLAW.COM | Email |

In re: Seadrill Partners LLC, et al.
Case No. 20-35740 (DRJ)

Page 4 of 10

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 UNSECURED CREDITOR | SRI SAI OILFIELD EQUIPMENTS AND MARINE SERVICES | ATTN: ANDHRA PRADESH<br>PLOT NO: 4-B, IDA INDUSTIRAL ESTATE<br>VAKALAPUDI<br>KAKINADA ANDHRA PRADESH 533005 INDIA | SSOILFIELD@SRISAIOILFIELD.COM | First Class Mail and Email |
| COUNSEL TO NATIONAL OILWELL VARCO, L.P. | STACY & BAKER, P.C. | ATTN: BRIAN A. BAKER<br>5300 MEMORIAL DRIVE<br>SUITE 270<br>HOUSTON TX 77007 | BRIAN.BAKER@STACYBAKERLAW.COM | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 300152<br>MONTGOMERY AL 36130-0152 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ALABAMA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | ATTN: BANKRUPTCY DEPARTMENT<br>1400 COLISEUM BOULEVARD<br>MONTGOMERY AL 36110-2400 | PERMITSMAIL@ADEM.STATE.AL.US | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 110300<br>JUNEAU AK 99811-0300 | ATTORNEY.GENERAL@ALASKA.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2005 N CENTRAL AVE<br>PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>323 CENTER ST.<br>SUITE 200<br>LITTLE ROCK AR 72201-2610 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ARKANSAS DEPARTMENT OF ENVIRONMENTAL QUALITY (ADEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>5301 NORTHSHORE DRIVE<br>NORTH LITTLE ROCK AR 72118-5317 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 944255<br>SACRAMENTO CA 94244-2550 | BANKRUPTCY@COAG.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF CALIFORNIA ENVIRONMENTAL PROTECTION AGENCY (EPA) | ATTN: BANKRUPTCY DEPARTMENT<br>1001 I STREET<br>P.O. BOX 2815<br>SACRAMENTO CA 95812-2815 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RALPH L. CARR COLORADO JUDICIAL CENTER<br>1300 BROADWAY 10TH FLOOR<br>DENVER CO 80203 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF COLORADO DEPARTMENT OF PUBLIC HEALTH AND ENVIRONMENT (CDPHE) | ATTN: MARTHA RUDOLPH<br>4300 CHERRY CREEK DRIVE SOUTH<br>DENVER CO 80246-1530 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>55 ELM ST.<br>HARTFORD CT 06106 | ATTORNEY.GENERAL@CT.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF CONNECTICUT DEPARTMENT OF ENERGY AND ENVIRONMENTAL PROTECTION (DEEP) | ATTN: BANKRUPTCY DEPARTMENT<br>79 ELM STREET<br>HARTFORD CT 06106-5127 | DEEP.WEBMASTER@CT.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CARVEL STATE OFFICE BLDG.<br>820 N. FRENCH ST.<br>WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF DEPARTMENT OF ENVIRONMENTAL & CONSERVATION | ATTN: ROBERT J. MARTINEAU, JR.<br>312 ROSA L PARKS AVE<br>TENNESSEE TOWER, 2ND FLOOR<br>NASHVILLE TN 37243 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF DEPARTMENT OF ENVIRONMENTAL CONSERVATION | ATTN: BANKRUPTCY DEPARTMENT<br>625 BROADWAY<br>ALBANY NY 12233-001 | DPAEWEB@GW.DEC.STATE.NY.US | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF DEPARTMENT OF ENVIRONMENTAL PROTECTION | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 402<br>TRENTON NJ 08625-0402 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>THE CAPITOL PL 01<br>TALLAHASSEE FL 32399-1050 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION (DEP) | ATTN: BANKRUPTCY DEPARTMENT<br>3900 COMMONWEALTH BOULEVARD<br>TALLAHASSEE FL 32399-3000 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>40 CAPITAL SQUARE SW<br>ATLANTA GA 30334-1300 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF GEORGIA DEPARTMENT OF NATURAL RESOURCES (DNR) | ATTN: BANKRUPTCY DEPARTMENT<br>GEORGIA ENVIRONMENTAL PROTECTION DIVISION, 2 MARTIN LUTHER KING JR. DRIVE SUITE 1152 EAST TOWER<br>ATLANTA GA 30334 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF HAWAII ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>425 QUEEN ST.<br>HONOLULU HI 96813 | HAWAIIAG@HAWAII.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 W. JEFFERSON STREET<br>P.O. BOX 83720<br>BOISE ID 83720-1000 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF IDAHO DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>1410 N. HILTON<br>BOISE ID 83706 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 WEST RANDOLPH STREET<br>CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF ILLINOIS ENVIRONMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>1021 NORTH GRAND AVENUE EAST<br>P.O. BOX 19276<br>SPRINGFIELD IL 62794-9276 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>INDIANA GOVERNMENT CENTER SOUTH<br>302 W. WASHINGTON ST. 5TH FLOOR<br>INDIANAPOLIS IN 46204 | INFO@ATG.IN.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT (IDEM) | ATTN: BANKRUPTCY DEPARTMENT<br>INDIANA GOVERNMENT CENTER NORTH, 100 N. SENATE AVE.<br>INDIANAPOLIS IN 46204 | KBURNS@IDEM.IN.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1305 E. WALNUT STREET<br>DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>120 SW 10TH AVE. 2ND FLOOR<br>TOPEKA KS 66612-1597 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>700 CAPITOL AVENUE SUITE 118<br>FRANKFORT KY 40601 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 94095<br>BATON ROUGE LA 70804-4095 | CONSUMERINFO@AG.STATE.LA.US | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF LOUISIANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>602 N. FIFTH STREET<br>BATON ROUGE LA 70802 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>6 STATE HOUSE STATION<br>AUGUSTA ME 04333 | CONSUMER.MEDIATION@MAINE.GOV | First Class Mail and Email |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>200 ST. PAUL PLACE<br>BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MARYLAND DEPARTMENT OF THE ENVIRONMENT (MDE) | ATTN: BANKRUPTCY DEPARTMENT<br>1800 WASHINGTON BLVD<br>BALTIMORE MD 21230 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>ONE ASHBURTON PLACE<br>BOSTON MA 02108-1698 | AGO@STATE.MA.US | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>G. MENNEN WILLIAMS BUILDING 7TH FLOOR<br>525 W. OTTAWA ST. P.O. BOX 30212<br>LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MICHIGAN DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>525 WEST ALLEGAN STREET<br>P.O. BOX 30473<br>LANSING MI 48909-7973 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1400 BREMER TOWER<br>445 MINNESOTA STREET<br>ST. PAUL MN 55101-2131 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MINNESOTA POLLUTION CONTROL AGENCY (PCA) | ATTN: BANKRUPTCY DEPARTMENT<br>7678 COLLEGE ROAD<br>SUITE 105<br>BAXTER MN 56425 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WALTER SILLERS BUILDING<br>550 HIGH STREET SUITE 1200 P.O. BOX 220<br>JACKSON MS 39201 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MISSISSIPPI DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 2261<br>JACKSON MS 39225 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>SUPREME COURT BUILDING<br>207 W. HIGH ST.<br>JEFFERSON CITY MO 65102 | ATTORNEY.GENERAL@AGO.MO.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MISSOURI DEPARTMENT OF NATURAL RESOURCES (DNR) | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 176<br>JEFFERSON CITY MO 65102 | ENVIROLAB@DNR.MO.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>215 N SANDERS THIRD FLOOR<br>PO BOX 201401<br>HELENA MT 59620-1401 | CONTACTDOJ@MT.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF MONTANA DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>1520 E SIXTH AVENUE<br>P.O. BOX 200901<br>HELENA MT 59620-0901 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF N.C. DEPARTMENT OF ENVIRONMENT AND NATURAL RESOURCES | ATTN: BANKRUPTCY DEPARTMENT<br>1601 MAIL SERVICE CENTER<br>RALEIGH NC 27699-1601 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>2115 STATE CAPITOL<br>2ND FL RM 2115<br>LINCOLN NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF NEBRASKA DEPARTMENT OF ENVIRONMENTAL QUALITY (NDEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>1200 "N" STREET, SUITE 400<br>P.O. BOX 98922<br>LINCOLN NE 68509 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>100 NORTH CARSON STREET<br>CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>33 CAPITOL ST.<br>CONCORD NH 03301 | ATTORNEYGENERAL@DOJ.NH.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>RJ HUGHES JUSTICE COMPLEX<br>25 MARKET STREET P.O. BOX 080<br>TRENTON NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. DRAWER 1508<br>SANTA FE NM 87504-1508 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF NEW MEXICO ENVIRONMENT DEPARTMENT | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 5469<br>SANTA FE NM 87502-5469 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>THE CAPITOL<br>ALBANY NY 12224-0341 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>9001 MAIL SERVICE CENTER<br>RALEIGH NC 27699-9001 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL<br>600 E BOULEVARD AVE DEPT 125<br>BISMARCK ND 58505-0040 | NDAG@ND.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF NORTH DAKOTA DEPARTMENT OF HEALTH | ATTN: BANKRUPTCY DEPARTMENT<br>918 EAST DIVIDE AVENUE<br>BISMARCK ND 58501-1947 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>30 E. BROAD ST. 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF OHIO ENVIROMENTAL PROTECTION AGENCY | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 1049<br>COLUMBUS OH 43216-1049 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF OKLAHOMA DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPARTMENT<br>707 N ROBINSON<br>OKLAHOMA CITY OK 73102 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1162 COURT STREET NE<br>SALEM OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTECTION | ATTN: BANKRUPTCY DEPARTMENT<br>RACHEL CARSON STATE OFFICE BUILDING<br>400 MARKET STREET<br>HARRISBURG PA 17101 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMENTAL CONTROL | ATTN: BANKRUPTCY DEPARTMENT<br>2600 BULL STREET<br>COLUMBIA SC 29201 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | CONSUMERHELP@STATE.SD.US | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail and Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPARTMENT<br>BUILDING LETTER<br>P.O. BOX 13087<br>AUSTIN TX 78711-3087 | AC@TCEQ.TEXAS.GOV | First Class Mail and Email |
| TEXAS ENVIRONMENTAL PROTECTION AGENCY | STATE OF TEXAS COMMISSION ON ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPT<br>BUILDING LETTER<br>PO BOX 13087<br>AUSTIN TX 78711-3087 | AC@TCEQ.TEXAS.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | UAG@UTAH.GOV | First Class Mail and Email |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF UTAH DEPARTMENT OF ENVIRONMENTAL QUALITY | ATTN: BANKRUPTCY DEPARTMENT<br>195 NORTH 1950 WEST<br>SALT LAKE CITY UT 84116 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | AGO.INFO@VERMONT.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>900 EAST MAIN STREET<br>RICHMOND VA 23219 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF VIRGINIA DEPARTMENT ENVIRONMENT QUALITY | ATTN: BANKRUPTCY DEPARTMENT<br>629 EAST MAIN STREET<br>P.O. BOX 1105<br>RICHMOND VA 23218 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| STATE ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | First Class Mail and Email |
| STATE ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL ROOM 114 EAST P.O. BOX 7857<br>MADISON WI 53707-7857 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF WISCONSIN DEPT. OF NATURAL RESOURCES | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 7921<br>MADISON WI 53707-7921 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF WV DEPARTMENT OF ENVIROMENTAL PROTECTION | ATTN: MELINDA S. CAMBELL, CHIEF<br>601 57TH STREET, SE<br>CHARLESTON WV 25304 | | First Class Mail |

In re: Seadrill Partners LLC, et al.
Case No. 20-35740 (DRJ)

Page 9 of 10

Exhibit A
Master Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | STATE OF WYOMING DEPARTMENT OF ENVIRONMENTAL QUALITY (DEQ) | ATTN: BANKRUPTCY DEPARTMENT<br>122 W 25TH ST<br>HERSCHLER BUILDING<br>CHEYENNE WY 82002 | KEITH.GUILLE@WYO.GOV | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | STAVANGER ENGINEERING AS | ATTN: JAN ROBERT OLSEN<br>AUGLENDSDALEN 78<br>STAVANGER 4017 NORWAY | JRO@STAVENG.NO | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | TAMROTOR MARINE COMPRESSORS AS | ATTN: HANS PETTER TANUM<br>PROFESSOR BIRKELANDS VEI 24D<br>OSLO 1081 NORWAY | HTANUM@TMC.NO | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | TRANSOCEAN | ATTN: BRADY LONG<br>1414 ENCLAVE PKWY<br>HOUSTON TX 77077-2023 | BRADY.LONG@DEEPWATER.COM | First Class Mail and Email |
| US ATTORNEY FOR THE SOUTHERN DISTRICT OF TEXAS | US ATTORNEY FOR SOUTHERN DISTRICT OF TEXAS | ATTN: RYAN K. PATRICK<br>1000 LOUISIANA, STE 2300<br>HOUSTON TX 77002 | | First Class Mail |
| STATE ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTN: BANKRUPTCY DEPARTMENT<br>441 4TH STREET NW<br>WASHINGTON DC 20001 | OAG@DC.GOV | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | WELLBORE INTEGRITY SOLUTIONS, LLC | ATTN: TODD STRICKLER<br>1310 RANKIN RD.<br>HOUSTON TX 77073 | TODD.STRICKLER@WELLBOREINTEGRITY.COM | First Class Mail and Email |
| TOP 30 UNSECURED CREDITOR | WORKSTRINGS INTERNATIONAL, LLC | ATTN: PRESIDENT OR GENERAL COUNSEL<br>1150 SEMDE HWY<br>BROUSSARD LA 70518 | | First Class Mail |