IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Seadrill Partners, LLC, *et al.*,[1] | § | Case No. 20-35740 (DRJ) |
| | § | |
| Reorganized Debtors. | § | (Jointly Administered) |

## REORGANIZED DEBTORS' NOTICE OF WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM NUMBERS 288 AND 292 FILED BY WELL SERVICE & SUPPLY CO, INC.

The Reorganized Debtors hereby withdraw their objections to Claim Numbers 288 and 292 filed by Well Service & Supply Co., Inc. ("**Well Service**").

1. On November 16, 2021, the Reorganized Debtors filed their *Second Omnibus Objection to Certain Proofs of Claim (Late-Filed Claims)* [Docket No. 702] (the "**Objection**").

2. On December 10, 2021, Well Service filed its *Opposition Response* (the "**Response**") to the Objection [Docket No. 712].

3. Based in part on the Response, the Reorganized Debtors have determined that withdrawing their objections to Claim Numbers 288 and 292 is proper.

4. The Reorganized Debtors hereby withdraw their objections to Claim Numbers 288 and 292 filed by Well Services.

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/seadrillpartners. The location of Reorganized Debtor Seadrill Partners LLC's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

Respectfully Submitted,

*/s/ Simon R. Mayer*
Philip G. Eisenberg
Texas Bar Number 24033923
Simon R. Mayer
Texas Bar Number 24060243
Eric Boylan
Texas Bar Number 24105519
**Locke Lord LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Facsimile: 713-226-3717
Email: simon.mayer@lockelord.com

***Attorneys for the Reorganized Debtors***

### Certificate of Service

I certify that on December 15th, 2021, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas on parties registered for such service in this Jointly administered bankruptcy case.

*/s/ Simon R. Mayer*
Simon R. Mayer