**PPG Protective & Marine Coatings**

# 2020 Product Price and Ordering Sheet

## PPG PMC Clean Blast Quote

| Date: | November 11, 2020 | | | | | | |
|---|---|---|---|---|---|---|---|
| By: | Picou | | WEST AURIGA | | | | |

| Quantity In Kits | Product Description | PPG KIT CODE | Gal Kit Yield | Cost per gallon | COST PER KIT | Total Gallons | Total Cost |
|---|---|---|---|---|---|---|---|
| **Amercoat Thinners** | | | | | | | |
| 6 | Amercoat 10 Thinner | AT710/01 | 1 | $ 23.77 | $ 23.77 | 6 | $ 142.62 |
| 0 | Amercoat 65 Thinner | AT765/01 | 1 | | | 0 | $ - |
| 1 | Amercoat 65 Thinner | AT765/05 | 5 | $ 19.43 | $ 97.20 | 5 | $ 97.20 |
| **Amercoat 385 Epoxy Primer** | | | | | | | |
| | Amercoat 385 Pearl Gray | AT385-23/XU | 10 | | | 0 | $ - |
| | Amercoat 385 White | AT385-3/XU | 10 | | | 0 | $ - |
| | Amercoat 385 Black | AT385-9/XU | 10 | | | 0 | $ - |
| | Amercoat 385 Buff Brown | AT385-1/XU | 10 | | | 0 | $ - |
| | Amercoat 385 Cure (Extra Cure Only) | AT385-B/05 | 5 | | | 0 | $ |
| **Amercoat 235 High Build Epoxy** | | | | | | | |
| | Amercoat 235 BUFF | AT235-1/5U | 5 | $ 35.11 | $ 175.55 | 0 | $ - |
| | Amercoat 235 BLACK | AT235-1/5U | 5 | $ 35.11 | $ 175.55 | 0 | $ - |
| 18 | Amercoat 235 Red | | 5 | $ 35.11 | $ 175.55 | 90 | $ 3,159.90 |
| | Amercoat 240 Cure (Extra Cure Only) | AT240-B/01 | 1 | $ 35.11 | $ 35.11 | 0 | $ - |
| **Amercoat 400 Suitable Waters** | | | | | | | |
| | Amerlock 400 Buff A2 | | 2 | $ 40.64 | $ 81.28 | 0 | $ - |
| | Amerlock 400 White A2 | AK2-3/2U | 2 | | | 0 | $ - |
| 16 | Amerlock 400 Buff A2 | AK2-23/5U | 5 | $ 40.64 | $ 406.40 | 80 | $ 6,502.40 |
| | Amerlock 400 White A2 | AK2-3/5U | 5 | | | 0 | $ - |
| | Amerlock 400 Cure A2 (Extra Cure Only) | AK2-B/01 | 1 | | | 0 | $ |
| | Amerlock 400 Cure A2 (Extra Cure Only) | AK2-B/03 | 2.5 | | | 0 | $ - |
| **9" Rollers/Frames** | | | | | | | |
| 25 | 9" Roller Frames | | 1 | $ 4.50 | $ 4.50 | 25 | $ 112.50 |
| 100 | Roller Nap | | 1 | $ 2.00 | $ 2.00 | 100 | $ 200.00 |
| **Amercoat 450H Polyurethane** | | | | | | | |
| 25 | Amercoat 450H Mint Green | | 5 | $ 65.03 | $ 325.15 | 125 | $ 8,128.75 |

1

CLEANBLAST - EXHIBIT 3 - PAGE 000001

| | Product Description | PPG KIT CODE | Gal Kit Yield | Cost per gallon | Cost per kit | Total Gallons | Total Cost |
|---|---|---|---|---|---|---|---|
| | Amercoat 450H Black | | 5 | $ 65.03 | $ 325.15 | | $ - |
| | Amercoat 450H Grey | | 5 | $ 65.03 | $ 325.15 | | $ - |
| | Amercoat 450H Safety Red | | 5 | $ 74.67 | $ 373.35 | | $ - |
| | Amercoat 450H Offshore Yellow | | 5 | $ 74.67 | $ 373.35 | | $ - |
| | Amercoat 450H Cure Quart (Extra Cure Only) | AT45H-B/04 | 0.25 | $ 12.59 | $ 12.59 | 0 | $ - |

| Quantity in Kits | Product Description | PPG KIT CODE | Gal Kit Yield | Cost per gallon | COST PER KIT | Total Gallons | Total Cost |
|---|---|---|---|---|---|---|---|
| **DIMETCOTE 302H ZINC** | | | | | | | |
| | Dimetcote 302H Zinc | DI302H-5A/1U | 1 | | | 0 | $ - |
| | Dimetcote 302H Zinc | DI302H-5A/5U | 5 | | | 0 | $ - |
| **AMERCOAT 78HB COAL TAR** | | | | | | | |
| | Amercoat 78HB Coal Tar | AT78HB-9/1U | 1 | | | 0 | $ - |
| | Amercoat 78HB Coal Tar | AT78HB-9/5U | 5 | | | 0 | $ - |
| **AMERCOAT 5450 ENAMEL/5105 HB PRIMER** | | | | | | | |
| | Amercoat 5450 White | AT54503/01 | 1 | | | 0 | $ - |
| | Amercoat 5450 Black | AT545097/01 | 1 | | | 0 | $ - |
| | Amercoat 5450 White | AT54503/05 | 5 | | | 0 | $ - |
| | Amercoat 5450 Black | AT545097/05 | 5 | | | 0 | $ - |
| | Amercoat 5450 Gray (Crosby Gray) | | 1 | | | 0 | $ - |
| | Amercoat 5450 Red (Crosby Red) | | 1 | | | 0 | $ - |
| | Amercoat 5105 Oxide Red | AT510572/1 | 1 | | | 0 | $ - |
| | Amercoat 5105 Pearl Gray | AT510523/1 | 1 | | | 0 | $ - |
| **PSX 892HS/HEAT EXHAUST** | | | | | | | |
| | PSX 892HS Black | PX892H-9/01 | 1 | $ - | $ - | 0 | $ - |
| | PSX 892HS Alum. | PX892H-01/01 | 1 | | | 0 | $ - |
| | PSX 1001 White | PX100113/01 | 1 | | | 0 | $ - |
| **ACCELERATOR/NON-SKID** | | | | | | | |
| | Amercoat 861 Accelerator 1/2 Pint | AT861/16 | 0.25 | | | 0 | $ - |
| | Amercoat 888 Anti Skid Ones | AT888/01 | 0.5475 | | | 0 | $ - |
| **CLEAN UP SOLVENTS** | | | | | | | |
| | MEK Wash 55 Gallon Drum per/gal | | 55 | | | 0 | $ - |
| | | | | | **Total** | | **$ 18,343.37** |
| | | | | | | | **10%** |
| | | | | | | | **$1,834.34** |
| | | | | | **GRAND TOTAL** | | **$ 20,177.71** |

**GENERAL TERMS AND CONDITIONS:**

1. This quotation is valid until the December 31,    2020
2. Products are shipped frieght free on orders of 100 or more gallons
3. Payment terms are net 60 days.
4. To place an order, please call
   PPG Customer Service
   Toll: 1-800-411-2451
   Fax: 1-501-455-5791
   Email: ppgcsr@ppg.com

**GENERAL ASPECTS**

CLEANBLAST - EXHIBIT 3 - PAGE 000002

1. Some colors may require more than one coat to achieve full opacity.
2. Application of brush or roll may require more than one coat to achieve the required DFT's.
3. The responsibility for executing the work stays with the yard/contractor.
4. The role of a PPG Sales / Technical Service Representative is to provide onsite technical assistance and / or advice.
5. The presence and/or the technical advise of a PPG Technical Representative shall not relieve the contractor and owners of their responsibility for correct execution and quality assurance of the coating work.
6. Please read and observe the information given on the product data sheets.

CLEANBLAST - EXHIBIT 3 - PAGE 000003