**D & R SUPPLY**
1021 West Laurel Avenue
Eunice, LA. 70535
FAX: 3374572300
PHONE: (337) 457-8181

INTEREST WILL BE CHARGED ON AMOUNTS
PAST DUE @ 1.5% PER MONTH.

| Cust No | Job No | Purchase Order | SEA DRILL WEST AURIGA 113-3 | Terms | Clerk | 12/1/2020 |
|---|---|---|---|---|---|---|
| 10101 | RICHARD | | | NET 30 | SR | |

DOC#696636

SOLD TO:
CLEANBLAST LLC-NO TAX
22154 CROWLEY EUNICE HWY
CROWLEY   LA 70526
(337) 788-300

SHIP TO:
CLEANBLAST LLC-NO TAX
22154 CROWLEY EUNICE HWY
CROWLEY   LA 70526

TERM #561

SLSPR : SR SCOTTY RICHARD

| LN# | SHIPPED | ORDERED | UM | SKU | DESCRIPTION | UNITS | PRICE/PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|
| 1 | | | EA | SECRNSUIT | White UHP slicker suits | 2 | $ 71.00 | $ 142.00 |

TAXABLE
NON-TAXABLE   $   142.00
SUB TOTAL

TAX

TOTAL AMOUNT   $   142.00



22154 Crowley Eunice Hwy.
Crowley, LA 70526

**Backcharge Ticket**

Ticket No.: 59318
Date: 12/21/20
Job No: 113-3
Location: West Auriga

Customer: Seadrill
Puchase Order No:
AFE #

| Date | | Amount |
|---|---|---|
| | AS PER THE FOLLOWING: | |
| 12/01/20 | D&R Invoice #696636 | 142.00 |
| | 10% Handling Fee | 14.20 |
| | Total Due | $156.20 |

CLEANBLAST - EXHIBIT 4 - PAGE 000002