

**CLEANBLAST, LLC**
PIN#71-1013684
22154 Crowley/Eunice Hwy.
Crowley, LA 70526
(337)788-3000

# INVOICE

Bill To: Seadrill Gulf Operations Vela LLC
11025 Equity Drive, Suite 150
Houston, TX  77041

| | |
|---|---|
| Invoice Number: | 42128-R2 |
| Date: | 12/21/2020 |
| P O Number: | 701051979 |
| Terms: | Net 30 Days |

Job Number: 000113
AFE Number:
Location: West Auriga

| Ticket Number | Date | Description | Price |
|---|---|---|---|
| | | Labor & Equipment (11/04/20 - 12/16/20) | |
| | | Labor | 51,081.00 |
| | | Equipment | 32,865.00 |
| | | UHP Parts (cost plus 10%) | 8,895.97 |
| 59318 | 12/21/20 | Consumables as per attached | 156.20 |
| | | Mobe/Demobe | 2,800.00 |
| | | Credit for Pump Rental 8 Days @ $650.00/Day | -5,200.00 |
| | | Credit for Pump parts as per e-mail dated 12/13/20 | -5,669.00 |
| | | Paint order as per attached | 20,177.71 |

Tax Percent: 0.00
Sales Tax: 0.00
Total Amount Due: 105,106.88

Payment of 44,528.86 made on 1/28/21    (44,528.86)

****PLEASE PAY FROM INVOICE, NO STATEMENT WILL BE SENT****

Balance owed    $ 60,578.02

CLEANBLAST - EXHIBIT 5 - PAGE 000001