## CleanBlast, LLC

## PAYMENTS HISTORY DETAIL

| Customer | | Ref Num | Ref Date | Jrnl Date | Inv Num | Inv Date | Pay Amt | Adjust Amt | Pay Type | Description |
|---|---|---|---|---|---|---|---|---|---|---|
| Seadrill | Seadrill Gulf Operations Aurig | 800939 | 1/28/2021 | 1/1/2021 | 42128WA | 12/21/2020 | 44,528.86 | 0.00 | Iberia | |
| | | 800986 | 1/28/2021 | 1/1/2021 | 42147WV | 12/31/2020 | 78,807.50 | 0.00 | Iberia | |
| | | 801426 | 2/1/2021 | 2/1/2021 | 42040WN | 9/30/2020 | 52,844.62 | 0.00 | Iberia | |
| | | 803230 | 2/22/2021 | 2/1/2021 | 42099WA | 11/30/2020 | 6,780.25 | 0.00 | Iberia | |
| | | 803230 | 2/22/2021 | 2/1/2021 | 42100WA | 11/30/2020 | 7,725.95 | 0.00 | Iberia | |
| | | 803230 | 2/22/2021 | 2/1/2021 | 42101WA | 11/30/2020 | 8,940.80 | 0.00 | Iberia | |
| **Customer Seadrill Total:** | | | | | | | **199,627.98** | **0.00** | | |

**Grand Total:**    199,627.98    0.00

CLEANBLAST - EXHIBIT 6 - PAGE 000001