| | A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Date | Ticket #/Description | Labor Cost | | Equipment Cost | | Totals Invoice | Total Cost per day | TOTALS | YTD Totals per Invoice | TOTALS | Approved By: |
| 2 | 11/4/2020 | 80633 | $864.00 | | $0.00 | | | $864.00 | | $864.00 | | Bret Patton, Marine Section Leader, West Auriga |
| 3 | 11/5/2020 | 80634 | $1,334.00 | | $1,181.25 | | | $2,515.25 | | $3,379.25 | | Bret Patton, Marine Section Leader, West Auriga |
| 4 | 11/6/2020 | 80635 | $1,334.00 | | $1,118.00 | | | $2,452.00 | | $5,831.25 | | Bret Patton, Marine Section Leader, West Auriga |
| 5 | 11/7/2020 | 80636 | $1,334.00 | | $865.00 | | | $2,199.00 | | $8,030.25 | | Bret Patton, Marine Section Leader, West Auriga |
| 6 | 11/8/2020 | 80637 | $1,334.00 | | $865.00 | | | $2,199.00 | | $10,229.25 | | Bret Patton, Marine Section Leader, West Auriga |
| 7 | 11/9/2020 | 80638 | $1,334.00 | | $884.56 | | | $2,218.56 | | $12,447.81 | | Bret Patton, Marine Section Leader, West Auriga |
| 8 | | | | | | | | | | | | |
| 9 | | 11/4/21 - 11/9/21 sub totals | | $7,534.00 | | $4,913.81 | | | $12,447.81 | | | |
| 10 | | | | | | | | | | | | |
| 11 | 11/10/2020 | 80639 | $1,334.00 | | $865.00 | | | $2,199.00 | | $14,646.81 | | Bret Patton, Marine Section Leader, West Auriga |
| 12 | 11/11/2020 | 80640 | $1,334.00 | | $865.00 | | | $2,199.00 | | $16,845.81 | | Bret Patton, Marine Section Leader, West Auriga |
| 13 | 11/12/2020 | 80642 | $1,331.00 | | $1,244.50 | | | $2,575.50 | | $19,421.31 | | Bret Patton, Marine Section Leader, West Auriga |
| 14 | 11/13/2020 | 80643 | $1,331.00 | | $1,110.05 | | | $2,441.05 | | $21,862.36 | | Bret Patton, Marine Section Leader, West Auriga |
| 15 | 11/14/2020 | 80644 | $1,331.00 | | $2,202.13 | | | $3,533.13 | | $25,395.49 | | Bret Patton, Marine Section Leader, West Auriga |
| 16 | 11/15/2020 | 80645 | $1,331.00 | | $1,005.08 | | | $2,336.08 | | $27,731.57 | | Bret Patton, Marine Section Leader, West Auriga |
| 17 | 11/16/2020 | 80646 | $1,331.00 | | $215.00 | | | $1,546.00 | | $29,277.57 | | Bret Patton, Marine Section Leader, West Auriga |
| 18 | 11/17/2020 | 80647 | $1,331.00 | | $215.00 | | | $1,546.00 | | $30,823.57 | | Bret Patton, Marine Section Leader, West Auriga |
| 19 | 11/18/2020 | 80648 | $1,331.00 | | $865.00 | | | $2,196.00 | | $33,019.57 | | Bret Patton, Marine Section Leader, West Auriga |
| 20 | 11/19/2020 | 78551 | $1,334.00 | | $1,118.00 | | | $2,452.00 | | $35,471.57 | | John Robb, Marine Section Leader |
| 21 | 11/20/2020 | 78552 | $1,334.00 | | $865.00 | | | $2,199.00 | | $37,670.57 | | John Robb, Marine Section Leader |
| 22 | 11/21/2020 | 78553 | $1,334.00 | | $531.25 | | | $1,865.25 | | $39,535.82 | | John Robb, Marine Section Leader |
| 23 | 11/22/2020 | 78554 | $1,334.00 | | $900.82 | | | $2,234.82 | | $41,770.64 | | John Robb, Marine Section Leader |
| 24 | 11/23/2020 | 78555 | $1,334.00 | | $1,251.17 | | | $2,585.17 | | $44,355.81 | | John Robb, Marine Section Leader |
| 25 | 11/24/2020 | 78556 | $1,334.00 | | $1,023.13 | | | $2,357.13 | | $46,712.94 | | John Robb, Marine Section Leader |
| 26 | 11/25/2020 | 78557 | $1,334.00 | | $865.00 | | | $2,199.00 | | $48,911.94 | | John Robb, Marine Section Leader |
| 27 | 11/26/2020 | 78558 | $1,331.00 | | $865.00 | | | $2,196.00 | | $51,107.94 | | John Robb, Marine Section Leader |
| 28 | 11/27/2020 | 78559 | $1,331.00 | | $1,181.25 | | | $2,512.25 | | $53,620.19 | | John Robb, Marine Section Leader |
| 29 | 11/28/2020 | 78560 | $1,331.00 | | $881.57 | | | $2,212.57 | | $55,832.76 | | John Robb, Marine Section Leader |
| 30 | 11/29/2020 | 78561 | $1,331.00 | | $1,118.00 | | | $2,449.00 | | $58,281.76 | | John Robb, Marine Section Leader |
| 31 | 11/30/2020 | 78562 | $1,331.00 | | $965.26 | | | $2,296.26 | | $60,578.02 | | John Robb, Marine Section Leader |
| 32 | | | | | | | | | | | | |
| 33 | | 11/10/21 - 11/30/21 sub totals | | $27,978.00 | | $20,152.21 | | | $48,130.21 | | | |
| 34 | | | | | | | | | | | | |
| 35 | Pre-Petition 3rd Party | Paint Order | | | $20,177.71 | $20,177.71 | | | $20,177.71 | | | |
| 36 | | | | | | | | | | | | |
| 37 | 11/10/21 - 11/30/21 TOTALS (H33+H35) | | | | | $40,329.92 | | | $68,307.92 | | | |
| 38 | | | | | | | | | | | | |
| 39 | 12/1/2020 | 78563 | $1,331.00 | | $2,202.13 | | | $3,533.13 | | $64,111.15 | | John Robb, Marine Section Leader |
| 40 | 12/2/2020 | 78564 | $1,334.00 | | $865.00 | | | $2,199.00 | | $66,310.15 | | John Robb, Marine Section Leader |
| 41 | 12/3/2020 | 78567 | $914.00 | | $2,202.13 | | | $3,116.13 | | $69,426.28 | | Bret Patton, Marine Section Leader, West Auriga |
| 42 | 12/4/2020 | 78568 | $914.00 | | $865.00 | | | $1,779.00 | | $71,205.28 | | Bret Patton, Marine Section Leader, West Auriga |
| 43 | 12/5/2020 | 78569 | $914.00 | | $865.00 | | | $1,779.00 | | $72,984.28 | | Bret Patton, Marine Section Leader, West Auriga |
| 44 | 12/6/2020 | 78570 | $914.00 | | $1,039.70 | | | $1,953.70 | | $74,937.98 | | Bret Patton, Marine Section Leader, West Auriga |
| 45 | 12/7/2020 | 78571 | $914.00 | | $865.00 | | | $1,779.00 | | $76,716.98 | | Bret Patton, Marine Section Leader, West Auriga |
| 46 | 12/8/2020 | 78574 | $914.00 | | $215.00 | | | $1,129.00 | | $77,845.98 | | Bret Patton, Marine Section Leader, West Auriga |
| 47 | 12/9/2020 | 79252 | $914.00 | | $1,822.65 | | | $2,736.65 | | $80,582.63 | | Bret Patton, Marine Section Leader, West Auriga |
| 48 | 12/10/2020 | 79253 | $914.00 | | $1,084.25 | | | $1,998.25 | | $82,580.88 | | Bret Patton, Marine Section Leader, West Auriga |
| 49 | 12/11/2020 | 79254 | $914.00 | | $865.00 | | | $1,779.00 | | $84,359.88 | | Bret Patton, Marine Section Leader, West Auriga |
| 50 | 12/12/2020 | 79255 | $1,060.00 | | $1,118.00 | | | $2,178.00 | | $86,537.88 | | Bret Patton, Marine Section Leader, West Auriga |
| 51 | 12/13/2020 | 79256 | $1,060.00 | | $956.09 | | | $2,016.09 | | $88,553.97 | | Bret Patton, Marine Section Leader, West Auriga |
| 52 | 12/14/2020 | 79257 | $1,060.00 | | $865.00 | | | $1,925.00 | | $90,478.97 | | Bret Patton, Marine Section Leader, West Auriga |
| 53 | 12/15/2020 | 79258 | $1,060.00 | | $865.00 | | | $1,925.00 | | $92,403.97 | | Bret Patton, Marine Section Leader, West Auriga |
| 54 | 12/16/2020 | 79259 | $438.00 | | $0.00 | | | $438.00 | | $92,841.97 | | Bret Patton, Marine Section Leader, West Auriga |
| 55 | | | | | | | | | | | | |
| 56 | Post Petition Sub Totals | 12/1/21 - 12/16/21 sub totals | | $15,569.00 | | $16,694.95 | | | $32,263.95 | | | |
| 57 | | | | | | | | | | | | |
| 58 | TOTALS PER INVOICE 42128-R2 | | | | | | | | | | | |
| 59 | Labor Costs | | $51,081.00 | | | | | | | | | |
| 60 | Equip Costs less UHP Parts and Paint Order | | | | $32,865.00 | | | | | | | |
| 61 | | | | | | | | | | | | |
| 62 | Post Petition 3rd Party | UHP Parts (costs = 10%) incl. in Equip | | | $8,895.97 | | | | | | | |
| 63 | Post Petition 3rd Party | Consumables | | | $156.20 | | | | | | | |
| 64 | Post Petition 3rd Party | Mode/Demode | | | $2,800.00 | | | | | | | |
| 65 | Post Petition 3rd Party | Credit for Pump Rental | | | -$5,200.00 | | | | | | | |
| 66 | Post Petition 3rd Party | Credit for Pump Parts | | | -$5,669.00 | | | | | | | |
| 67 | Pre Petition 3rd Party | Paint Order | | | $20,177.71 | | | | | | | |
| 68 | | | | | | | | | | | | |
| 69 | TOTAL PER INVOICE 42128-R2 | | $51,081.00 | | $54,025.88 | | $105,106.88 | | | | | |
| 70 | Post Petition 3rd Party sub totals | | | | | | | | $983.17 | | | |
| 71 | POST PETITION TOTALS (H56+H70) | | | | | | | | $33,247.12 | | | |