IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NUMBER |
| | § | |
| **SEADRILL PARTNERS, LLC, et al** | § | 20-35740-H2-11 |
| | § | |
| REORGANIZED DEBTORS[1] | § | CHAPTER 11 |
| | § | (Jointly Administered) |

**ORDER GRANTING CLEANBLAST'S MOTION FOR
ALLOWANCE OF ADMINISTRATIVE EXPENSE CLAIM
PURSUANT TO 11 U.S.C. §§503(b)(1)(A), 503(b)(9) and 507(a)(2)**
[Relates to Docket #757]

CAME ON FOR CONSIDERATION, the Motion for Allowance of Administrative Expense Claim pursuant to 11 U.S.C. §§503(b)(1)(A), 503(b)(9) and 507(a)(2) (the "Motion"). The Court, having reviewed the pleadings and considered the argument and testimony, finds that:

1. CleanBlast, LLC has shown good cause to file the Motion;

2. On December 21, 2020, CleanBlast, LLC invoiced the Debtors for pre-petition and post-petition goods and services in the sum of $105,106.88;

3. On January 28, 2021, Debtors paid CleanBlast, LLC $44,528.86;

4. CleanBlast, LLC is entitled to an administrative claim pursuant to 11 U.S.C. §503(b)(9) in the sum of $40,329.92;

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/seadrillpartners. The location of Reorganized Debtor Seadrill Partners LLC's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

1

5. CleanBlast, LLC is entitled to an administrative claim pursuant to 11 U.S.C. §503(b)(1)(A) in the sum of $33,247.12; and

6. CleanBlast, LLC is entitled to a general unsecured claim in the sum of $31,529.84.

IT IS THEREFORE ORDERED that the Motion be and hereby is GRANTED.

IT IS FURTHER ORDERED that CleanBlast, LLC is allowed the following claims:

1. An administrative claim pursuant to 11 U.S.C. §503(b)(9) in the sum of $40,329.92, which has been paid in full;

2. An administrative claim pursuant to 11 U.S.C. §503(b)(1)(A) in the sum of $33,247.12, of which $4,198.94 has been paid and of which the balance of $29,048.18 shall be paid by the Reorganized Debtors within 10 days from the entry of this Order; and

3. A general unsecured claim in the sum of $31,529.84.

IT IS FURTHER ORDERED that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Signed this _____ day of _____, 2022.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE