United States Bankruptcy Court
Southern District of Texas
**ENTERED**
February 25, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| Seadrill Partners, LLC, *et al.*,[1] | § | Case No. 20-35740 (DRJ) |
| | § | |
| Reorganized Debtors. | § | (Jointly Administered) |

## STIPULATION AND AGREED ORDER
(Docket No. 755)

The Reorganized Debtors and Speedcast Communications, Inc., Speedcast Communications (India) PVT, Ltd., Speedcast Canada Limited, Speedcast Norway AS and CapRock UK Limited (Speedcast Communications, Inc., Speedcast Communications (India) PVT, Ltd., Speedcast Canada Limited, Speedcast Norway AS and CapRock UK Limited are collectively, referred to herein as "***Speedcast***", and collectively with the Reorganized Debtors, the "***Parties***") by and through their respective counsel or representatives, hereby enter into this Stipulation and Agreed Order:

**WHEREAS**, on February 15, 2021, Speedcast Communications, Inc. filed a proof of claim asserting a secured claim in the amount of $32,233.76 against Seadrill Gulf Operations Vela LLC ("***Claim No. 232***");

**WHEREAS**, on February 15, 2021, Speedcast Communications, Inc. filed a proof of claim asserting a secured claim in the amount of $32,233.76 against Seadrill Vela Hungary Kft. ("***Claim No. 254***");

**WHEREAS**, on February 15, 2021, Speedcast Communications, Inc. filed a proof of claim asserting a secured claim in the amount of $28,842.00 against Seadrill Gulf Operations Auriga LLC ("***Claim No. 236***");

**WHEREAS**, on February 15, 2021, Speedcast Communications, Inc. filed a proof of claim asserting a secured claim in the amount of $28,842.00 against Seadrill Auriga Hungary Kft ("***Claim No. 248***");

**WHEREAS**, on February 15, 2021, Speedcast Norway AS filed a proof of claim asserting a secured claim in the amount of $110,420.05 against Seadrill Polaris Ltd ("***Claim No. 241***");

**WHEREAS**, on February 15, 2021, Speedcast Norway AS filed a proof of claim asserting

---

[1] A complete list of each of the Reorganized Debtors in these chapter 11 cases may be obtained on the website of the Reorganized Debtors' claims and noticing agent at https://cases.primeclerk.com/seadrillpartners. The location of Reorganized Debtor Seadrill Partners LLC's principal place of business and the Reorganized Debtors' service address in these chapter 11 cases is Seadrill Partners LLC, 2nd Floor, Building 11, Chiswick Business Park, 566 Chiswick High Road, London W4 5YS, United Kingdom.

1

a secured claim in the amount of $110,420.05 against Seadrill Polaris Ltd ("**Claim No. 247**");

**WHEREAS**, on February 15, 2021, Speedcast Communications (India) PVT Ltd filed a proof of claim asserting a secured claim in the amount of $172,092.78 against Seadrill International Ltd ("**Claim No. 243**");

**WHEREAS**, on February 15, 2021, Speedcast Communications (India) PVT Ltd filed a proof of claim asserting a secured claim in the amount of $172,092.78 against Seadrill Polaris Ltd ("**Claim No. 251**");

**WHEREAS,** on May 14, 2021, the Court entered an order (the "**Confirmation Order**") [Docket No. 570] confirming the *Fourth Amended Joint Chapter 11 Plan of Reorganization of Seadrill Partners LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* (as amended, modified, or supplemented, the "**Plan**");[2]

**WHEREAS**, On May 25, 2021, the Debtors filed the *Notice of (I) Entry of Confirmation Order, (II) Occurrence of Effective Date, and (III) Related Bar Dates* [Docket No. 586], which, among other things, stated that the Effective Date of the Plan had occurred on May 24, 2021;

**WHEREAS**, on November 16, 2021, the Reorganized Debtors filed *The Reorganized Debtors' First Omnibus Objection to Certain Proofs of Claim (Duplicate Claims)* [Docket No. 701] (the "**First Omnibus Objection**") which sought to disallow Claim Nos. 247, 248, 251, and 254 on the grounds that they were duplicative of Claim Nos. 241, 236, 243, and 232, respectively;

**WHEREAS**, on November 22, 2021, Speedcast filed its response [Docket No. 716] to the First Omnibus Objection; and

**WHEREAS**, the Reorganized Debtors and Speedcast have engaged in discussions regarding Speedcast's proofs of claim and the First Omnibus Objection and have reached an agreement resolving the First Omnibus Objection to the Speedcast claims as set forth herein.

**IT IS THEREFORE STIPULATED, AGREED AND ORDERED THAT,**

1. Claim No. 241 is an allowed secured claim in the amount of $110,420.05 against Seadrill Polaris Ltd. and shall be paid pursuant to the terms of the Plan.

2. Claim No. 248 is an allowed secured claim in the amount of $28,842.00 against Seadrill Auriga Hungary Kft. and shall be paid pursuant to the terms of the Plan.

3. Claim No. 251 is an allowed secured claim in the amount of $172,092.78 against Seadrill Polaris Ltd. and shall be paid pursuant to the terms of the Plan.

---

[2] Capitalized terms used but not defined herein have the meanings given to them in the Plan.

4.   Claim No. 254 is an allowed secured claim in the amount of $32,233.76 against Seadrill Vela Hungary Kft. and shall be paid pursuant to the terms of the Plan.

5.   Claim No. 232 is an allowed general unsecured claim in the amount of $32,233.76 against Seadrill Gulf Operations Vela LLC and upon satisfaction of Claim No. 254 pursuant to the terms of the Plan, Speedcast Communications, Inc. shall withdraw Claim No. 232.

6.   Claim No. 236 is an allowed general unsecured claim in the amount of $28,842.00 against Seadrill Gulf Operations Auriga LLC and upon satisfaction of Claim No. 248 pursuant to the terms of the Plan, Speedcast Communications, Inc. shall withdraw Claim No. 236.

7.   Claim No. 243 is an allowed general unsecured claim in the amount of $172,092.78 against Seadrill International Ltd and upon satisfaction of Claim No. 251 pursuant to the terms of the Plan, Speedcast Communications (India) PVT Ltd. shall withdraw Claim No. 243.

8.   Claim No. 247 is hereby disallowed in its entirety.

9.   The Parties retain all rights under the Plan and Confirmation Order.

10.  This Stipulation and Agreed Order may be executed in identical counterparts including facsimile and/or electronic mail, each of which shall be deemed an original, but all of which together constitute one and the same instrument.

11.  This Court shall retain jurisdiction over any and all matters arising from the interpretation or implementation of this Stipulation and Agreed Order.

Signed:  February 25, 2022.

_____
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE

**STIPULATED AND AGREED TO BY:**

*/s/ Simon R. Mayer*
Philip G. Eisenberg
Texas Bar Number 24033923
Simon R. Mayer
Texas Bar Number 24060243
Eric Boylan
Texas Bar Number 24105519
**Locke Lord LLP**
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1200
Facsimile: 713-226-3717
Email: peisenberg@lockelord.com
         simon.mayer@lockelord.com
         eric.boylan@lockelord.com

*Attorneys for the Reorganized Debtors*

-and-

SPENCE, DESENBERG & LEE, PLLC

By: */s/ Ross Spence*
Ross Spence
State Bar No. 18918400
Email: ross@sdllaw.com
Henry W. Knight
State Bar No. 24116628
Email: henry@sdllaw.com
1770 St. James Place, Suite 625
Houston, TX 77056
(713) 275-8474 – Spence Direct Dial
(713) 275-8443 – Knight Direct Dial
(713) 275-8440 – Main Telephone
(713) 201-0878 – Cell
(713) 275-8445 – Fax

*Attorneys for Speedcast*

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 20-35740-drj |
| Seadrill Partners LLC | Chapter 11 |
| Official Committee of Unsecured Creditor | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 5 |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf002 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Seadrill Partners LLC, 566 Chiswick High Road, Chiswick Business Park, London, W4 5YS, UNITED KINGDOM |
| aty | + | Jami B Nimeroff, Two Penn Center Suite 610, 1500 John F. Kennedy Blvd., Philadelphia, PA 19102-1710 |
| intp | + | Ad Hoc Committee of Term Loan B Lenders, Cole Schotz P.C., Michael D. Warner, Esq., 301 Commerce Street, Suite 1700, Fort Worth, TX 76102-4126 |
| intp | + | BMC Group, Inc., 3732 W. 120th Street, Hawthorne, CA 90250-3202 |
| cr | + | Gulf Copper & Manufacturing Corporation, Clark Hill Strasburger, 909 Fannin, Suite 2300, Houston, TX 77010, UNITED STATES 77010-1036 |
| intp | + | Jolene Wise United States Securities & Exchange Co, 175 W. Jackson Blvd., Suite 1450, Chicago, IL 60604-2710 |
| cr | + | Logan Industries International Corp, 1000 Blasingame Rd, Hempstead, TX 77445, UNITED STATES 77445-4367 |
| cr | + | Official Committee Of Unsecured Creditors, 601 Poydras Street, Suite 2660, Attn: Omer F. Kuebel, III, New Orleans, LA 70130 UNITED STATES 70130-6032 |
| cr | + | People Haulers, Inc., 932 Hugh Wallis Rd. South, Lafayette, LA 70508-2512 |
| cr | + | Richey Road Municipal Utility District, c/o Owen M. Sonik, 1235 North Loop West, Suite 600, Houston, TX 77008-1772 |
| cr | + | Speedcast, c/o Ross Spence, Spence, Desenberg & Lee, PLLC, 1770 St. James Place, Suite 625 Houston, TX 77056-3500 |
| cr | + | Well Service & Supply, Inc., 110 Little Beaver Lane, New Iberia, LA 70560-8000 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: houston_bankruptcy@LGBS.com | Feb 25 2022 19:51:00 | Cypress-Fairbanks ISD, Linebarger Goggan Blair & Sampson LLP, C/O Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| cr | Email/Text: houston_bankruptcy@LGBS.com | Feb 25 2022 19:51:00 | Harris County, et al., Linebarger Goggan Blair & Sampson LLP, c/o Tara L. Grundemeier, P.O. Box 3064, Houston, TX 77253-3064 |
| op | Email/Text: EBN@primeclerk.com | Feb 25 2022 19:51:00 | Prime Clerk LLC, Prime Clerk LLC, One Grand Central Place, 60 E 42nd St, Suite 1440, New York, NY 10165 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | 3C Metal |
| cr | | 3C Metal Asia Sdn Bhd |
| cr | | ALDINE INDEPENDENT SCHOOL DISTRICT, LEGAL DEPARTMENT, 2520 W.W. Thorne Blvd., Houston |
| intp | | Alter Domus (US) LLC |
| intp | | BP Exploration & Production, Inc. |
| cr | | CleanBlast, LLC |
| cr | | KLOEPPER-THERM GMBH & CO. KG |
| cr | | Larry Walthall |
| cr | | NOV Inc. |

| | | |
|---|---|---|
| cr | | National Oilwell Varco, L.P. |
| crcm | | Official Committee of Unsecured Creditors |
| intp | | Seadrill Limited |
| intp | | Seadrill Management Ltd |
| cr | | Sodexo |
| intp | | Squire Patton Boggs (US) LLP |
| cr | | Transocean Offshore Deepwater Drilling, Inc. and T |
| cr | | Wartsila L.L.C. |
| cr | | Wartsila Ships Repairing & Maintenance, LLC |

TOTAL: 18 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2022　　　　　　　　　　Signature:　　　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2022 at the address(es) listed below:

**Name**　　　　　　　　　　**Email Address**

A Brooke Watford Altazan
　　on behalf of Creditor Wartsila L.L.C. baltazan@stewartrobbins.com
　　baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

A Brooke Watford Altazan
　　on behalf of Creditor Wartsila Ships Repairing & Maintenance  LLC baltazan@stewartrobbins.com,
　　baltazan@ecf.courtdrive.com;kheard@stewartrobbins.com;kheard@ecf.courtdrive.com;gtaylor@stewartrobbins.com;gtaylor@ecf.courtdrive.com

Amanda L Cottrell
　　on behalf of Debtor Seadrill Partners LLC acottrell@sheppardmullin.com  dpuente@sheppardmullin.com

Bradley Clay Knapp
　　on behalf of Creditor Committee Official Committee of Unsecured Creditors bknapp@lockelord.com
　　Yamille.Harrison@lockelord.com

Brian A. Baker
　　on behalf of Creditor NOV Inc. brian.baker@stacybakerlaw.com

Brian A. Baker
　　on behalf of Creditor National Oilwell Varco  L.P. brian.baker@stacybakerlaw.com

Brian E Schartz
　　on behalf of Debtor Seadrill Partners LLC brian.schartz@kirkland.com  ecf-9b7a1a52c6e8@ecf.pacerpro.com

Charles A Beckham, Jr
　　on behalf of Interested Party Seadrill Management Ltd beckhamc@haynesboone.com  kenneth.rusinko@haynesboone.com

Charles A Beckham, Jr
　　on behalf of Interested Party Seadrill Limited beckhamc@haynesboone.com  kenneth.rusinko@haynesboone.com

Christopher M Odell
　　on behalf of Interested Party Alter Domus (US) LLC Christopher.odell@aporter.com  ecf-ca8dba05c0b5@ecf.pacerpro.com

Coleman Torrans
　　on behalf of Debtor Seadrill Partners LLC ctorrans@lawla.com

Edward L Ripley

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 5 |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf002 | Total Noticed: 15 |

on behalf of Creditor KLOEPPER-THERM GMBH & CO. KG eripley@andrewsmyers.com sray@andrewsmyers.com

Elizabeth A Green

on behalf of Debtor Seadrill Partners LLC egreen@bakerlaw.com dbichard@bakerlaw.com;cycollins@bakerlaw.com;orlbankruptcy@bakerlaw.com;ecfbk@bmcgroup.com;bakerlaw@ecf.courtdrive.com;orlbankruptcy@bakerlaw.com

Eric Wade Boylan

on behalf of Debtor Seadrill Partners LLC eric.boylan@lockelord.com

Frederick William Mahley

on behalf of Creditor Gulf Copper & Manufacturing Corporation wmahley@clarkhill.com ddurr@clarkhill.com

Genevieve Marie Graham

on behalf of Debtor Seadrill T-15 Ltd. ggraham@jw.com dtrevino@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net

Genevieve Marie Graham

on behalf of Debtor Seadrill T-16 Ltd. ggraham@jw.com dtrevino@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net

Genevieve Marie Graham

on behalf of Debtor Seadrill Partners Operating LLC ggraham@jw.com dtrevino@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net

Genevieve Marie Graham

on behalf of Debtor Seadrill Vela Hungary Kft. ggraham@jw.com dtrevino@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net

Genevieve Marie Graham

on behalf of Debtor Seadrill Vencedor Ltd. ggraham@jw.com dtrevino@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net

Genevieve Marie Graham

on behalf of Debtor Seadrill Polaris Ltd. ggraham@jw.com dtrevino@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net

Genevieve Marie Graham

on behalf of Debtor Seadrill US Gulf LLC ggraham@jw.com dtrevino@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net

Genevieve Marie Graham

on behalf of Debtor Seadrill Partners LLC ggraham@jw.com dtrevino@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net

H. Brad Parker

on behalf of Creditor CleanBlast LLC bparker@parkerlawpc.com, hbradparker@gmail.com;legalassistant1@parkerlawpc.com;legalassistant2@parkerlawpc.com;parker.haroldb.r106074@notify.bestcase.com

Hector Duran, Jr

on behalf of U.S. Trustee US Trustee Hector.Duran.Jr@usdoj.gov

Henry Flores

on behalf of Creditor 3C Metal hflores@rappandkrock.com kmartin@rappandkrock.com

Henry Flores

on behalf of Creditor 3C Metal Asia Sdn Bhd hflores@rappandkrock.com kmartin@rappandkrock.com

James R Prince

on behalf of Creditor Transocean Offshore Deepwater Drilling Inc. and Transocean Inc. jim.prince@bakerbotts.com, BankruptcyDallas@bakerbotts.com;jim-prince-2090@ecf.pacerpro.com

John Machir Stull

on behalf of Debtor Seadrill Gulf Operations Vela LLC mstull@jw.com lwilliams@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com

John Machir Stull

on behalf of Debtor Seadrill Gulf Operations Sirius LLC mstull@jw.com lwilliams@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com

John Machir Stull

on behalf of Debtor Seadrill Partners LLC mstull@jw.com lwilliams@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com

John Machir Stull

on behalf of Debtor Seadrill International Ltd. mstull@jw.com lwilliams@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com

John Machir Stull

on behalf of Debtor Seadrill Ghana Operations Ltd. mstull@jw.com lwilliams@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 4 of 5 |
| Date Rcvd: Feb 25, 2022 | Form ID: pdf002 | Total Noticed: 15 |

John Machir Stull
    on behalf of Debtor Seadrill Deepwater Drillship Ltd. mstull@jw.com lwilliams@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com

John Machir Stull
    on behalf of Debtor Seadrill Gulf Operations Auriga LLC mstull@jw.com lwilliams@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com

John Machir Stull
    on behalf of Debtor Seadrill Leo Ltd. mstull@jw.com lwilliams@jw.com;kgradney@jw.com;JacksonWalkerLLP@jubileebk.net;dtrevino@jw.com

Jolene M Wise
    on behalf of Interested Party Jolene Wise United States Securities & Exchange Commission wisej@sec.gov

Justin Bernbrock
    on behalf of Debtor Seadrill Partners LLC jbernbrock@sheppardmullin.com rmclellarn@sheppardmullin.com

Maja Zerjal Fink
    on behalf of Interested Party Alter Domus (US) LLC maja.zerjalfink@arnoldporter.com

Matthew D Cavenaugh
    on behalf of Debtor Seadrill Texas LLC mcavenaugh@jw.com kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

Matthew D Cavenaugh
    on behalf of Debtor Seadrill Partners LLC mcavenaugh@jw.com kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

Matthew D Cavenaugh
    on behalf of Debtor Seadrill Capricorn Holdings LLC mcavenaugh@jw.com kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

Matthew D Cavenaugh
    on behalf of Debtor Seadrill Auriga Hungary Kft. mcavenaugh@jw.com kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

Matthew D Cavenaugh
    on behalf of Debtor Seadrill Hungary Kft. mcavenaugh@jw.com kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

Matthew D Cavenaugh
    on behalf of Debtor Seadrill China Operations Ltd. mcavenaugh@jw.com kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

Matthew D Cavenaugh
    on behalf of Debtor Seadrill Canada Ltd. mcavenaugh@jw.com kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

Matthew D Cavenaugh
    on behalf of Debtor Seabras Rig Holdco Kft. mcavenaugh@jw.com kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

Michael D Warner
    on behalf of Interested Party Ad Hoc Committee of Term Loan B Lenders mwarner@pszjlaw.com klabrada@pszjlaw.com

Omar Jesus Alaniz
    on behalf of Interested Party BP Exploration & Production Inc. oalaniz@reedsmith.com, omar-alaniz-2648@ecf.pacerpro.com;rstanbery@reedsmith.com;srhea@reedsmith.com

Omer F Kuebel, III
    on behalf of Creditor Official Committee Of Unsecured Creditors rkuebel@lockelord.com Yamille.harrison@lockelord.com

Omer F Kuebel, III
    on behalf of Creditor Committee Official Committee of Unsecured Creditors rkuebel@lockelord.com Yamille.harrison@lockelord.com

Owen Mark Sonik
    on behalf of Creditor Richey Road Municipal Utility District osonik@pbfcm.com osonik@ecf.inforuptcy.com;mvaldez@pbfcm.com

Paul Douglas Stewart, Jr
    on behalf of Creditor Wartsila Ships Repairing & Maintenance LLC dstewart@stewartrobbins.com, kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com;gtaylor@ecf.courtdrive.com;gtaylor@stewartrobbins.com

Paul Douglas Stewart, Jr
    on behalf of Creditor Wartsila L.L.C. dstewart@stewartrobbins.com kheard@stewartrobbins.com;dstewart@ecf.courtdrive.com;kheard@ecf.courtdrive.com;gtaylor@ecf.courtdrive.com;gtaylor@stewartrobbins.com

Paul Joseph Goodwine
    on behalf of Interested Party Seadrill Limited pgoodwine@loopergoodwine.com

| District/off: 0541-4 | User: ADIuser | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Feb 25, 2022 | Form ID: pdf002 | Total Noticed: 15 |

        hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Paul Joseph Goodwine
        on behalf of Interested Party Seadrill Management Ltd pgoodwine@loopergoodwine.com
        hocchipinti@loopergoodwine.com;ljohnson@loopergoodwine.com;dfisher@loopergoodwine.com

Philip M. Guffy
        on behalf of Creditor Sodexo pguffy@huntonak.com

Simon Richard Mayer
        on behalf of Creditor Official Committee Of Unsecured Creditors simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer
        on behalf of Debtor Seadrill Partners LLC simon.mayer@lockelord.com  Autodocket@lockelord.com

Simon Richard Mayer
        on behalf of Creditor Committee Official Committee of Unsecured Creditors simon.mayer@lockelord.com
        Autodocket@lockelord.com

Stephen Douglas Statham
        on behalf of U.S. Trustee US Trustee stephen.statham@usdoj.gov

Steven Ordaz
        on behalf of Interested Party BMC Group  Inc. sordaz@bmcgroup.com, Feil.BMC@ecfalerts.com

Tara L Grundemeier
        on behalf of Creditor Cypress-Fairbanks ISD houston_bankruptcy@publicans.com

Tara L Grundemeier
        on behalf of Creditor Harris County  et al. houston_bankruptcy@publicans.com

Travis A. McRoberts
        on behalf of Interested Party Squire Patton Boggs (US) LLP travis.mcroberts@squirepb.com  sarah.conley@squirepb.com

US Trustee
        USTPRegion07.HU.ECF@USDOJ.GOV

Veronica Ann Polnick
        on behalf of Debtor Seadrill Mobile Units (Nigeria) Ltd. vpolnick@jw.com
        kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

Veronica Ann Polnick
        on behalf of Debtor Seadrill Operating GP LLC vpolnick@jw.com
        kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

Veronica Ann Polnick
        on behalf of Debtor Seadrill OPCO Sub LLC vpolnick@jw.com
        kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

Veronica Ann Polnick
        on behalf of Debtor Seadrill Partners LLC vpolnick@jw.com
        kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

Veronica Ann Polnick
        on behalf of Debtor Seadrill Partners B.V. vpolnick@jw.com
        kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

Veronica Ann Polnick
        on behalf of Debtor Seadrill Partners Finco LLC vpolnick@jw.com
        kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

Veronica Ann Polnick
        on behalf of Debtor Seadrill Partners Malaysia Sdn Bhd. vpolnick@jw.com
        kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

Veronica Ann Polnick
        on behalf of Debtor Seadrill Operating LP vpolnick@jw.com
        kgradney@jw.com;dtrevino@jw.com;JacksonWalkerLLP@jubileebk.net

William Ross Spence
        on behalf of Creditor Speedcast ross@sdllaw.com  brittany@sdllaw.com;donna@sdllaw.com;henry@sdllaw.com

TOTAL: 75